IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | No. 3:06-MD-1760 |
| LIABILITY LITIGATION | ) | Judge Campbell |
| (MDL No. 1760) | ) | Magistrate Judge Brown |
| | ) | |
| This Document Relates to: Cases | ) | |
| 3:06-0394 | ) | |

**O R D E R**

A case management conference was held with the parties in this matter on June 29, 2006.

At the conference, the attorneys announced the various cases they would be appearing for and had authority to represent. Counsel present further designed Mr. Flynn as liaison counsel for all parties who appeared.

All parties who have cases presently pending were present and accounted for except for the case of Ingram v. Novartis Pharmaceuticals Corporation, Case No. 3:06-0394. No One present claimed to have authority to speak for this plaintiff and no attorney was present who claimed to speak for this plaintiff.

The Magistrate Judge's order setting these cases for the initial case management conference was explicit that either an attorney must appear on behalf of a plaintiff or must designate another attorney to appear for them. It appears counsel for Ingram failed to do either.

Accordingly, the plaintiff is **directed** to show cause within 10 days from the entry of this order why the Magistrate

Judge should not recommend that the District Judge dismiss this case for failure to prosecute and to obey Court orders.

The Clerk will send a copy of this order and all orders entered in the MDL case to Mr. Flynn as liaison counsel.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge