# United States District Court
# Middle District of Tennessee

Office of the Clerk
Ann Frantz                 800 United States Courthouse
*Operations Manager*       Nashville, Tennessee  37203
(615) 736-2364
www.tnmd.uscourts.gov

July 10, 2006

# MEMO

TO:        Counsel of Record

SUBJECT:   Aredia and Zometa Products Liability Litigation
3:06-md-1760
Updated List of Pending Cases

Attached is an updated list of pending cases as of July 10, 2006.