IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION (MDL No. 1760)<br><br>This Document Relates To:<br>ALL CASES | No. 3:06-MD-1760<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE BROWN |

## NOVARTIS PHARMACEUTICALS CORPORATION'S
## NOTICE OF FILING PROPOSED CASE MANAGEMENT ORDER

Novartis Pharmaceuticals Corporation ("NPC") hereby files its proposed Case Management Order (the "CMO"), attached hereto as Exhibit A. Despite NPC's best efforts, NPC and plaintiffs have been unable to agree on a case management order, necessitating the filing of separate proposals. For the convenience of the Court, NPC has also attached a "redline" version showing the differences between NPC's and plaintiffs' proposals (*see* Exhibit B). As the Court requested during the June 29, 2006 status hearing and during a telephone conference with Plaintiff's Liaison Counsel and counsel for NPC on July 18, 2006, NPC has contemporaneously transmitted a copy of its proposed CMO in Word Perfect and Word format and the redline of the two proposed orders in .pdf format to the Court's Chambers at:

joe_b_brown@tnmd.uscourts.gov and patricia_w_whitley@tnmd.uscourts.gov.

NPC respectfully requests an opportunity to be heard on the differences between the proposed CMOs. Oral argument will aid the Court in its consideration of these issues and allow the parties an opportunity to explain their respective positions.

Respectfully submitted,

July 18, 2006

/s/ Robert E. Johnston
Joe G. Hollingsworth
Katharine R. Latimer
Donald W. Fowler
Robert E. Johnston
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of July 2006 served a true and correct copy of the foregoing Novartis Pharmaceuticals Corporation's Notice of Filing Proposed Case Management Order, by operation of the Court's Electronic Case Filing System, on Plaintiffs' Liaison Counsel:

C. Patrick Flynn
Flynn & Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370-9448

/s/ Robert E. Johnston
Robert E. Johnston