IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | No. 3:06-MD-1760 |
| LIABILITY LITIGATION | ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| This Document Relates to: **ALL CASES** | ) | |

ORDER

In accordance with the Case Management Order, Plaintiffs shall file any Motion for Class Certification by June 1, 2007, and all briefing should be completed by July 6, 2007. In the event Plaintiffs file a Motion for Class Certification, the Court will hold a hearing on Monday, July 23, 2007, beginning at 10:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE