IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------x
In re:

AREDIA and ZOMETA　　　　　　　　　　　　　　　　　No. 3:06-MD-1760
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE CAMPBELL

(MDL No. 1760)　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE BROWN
This Document Relates to: All Cases
---------------------------------------------------------x

## CASE MANAGEMENT ORDER #2

On the unopposed motion of the plaintiffs, the Case Management Order entered on July 28, 2006 (Docket #89) is hereby amended as follows.

Paragraph V. A. is amended, nunc pro tunc, as follows:

A.　　Suggestion of Death. Within sixty (60) days of entry of this Order or the death of a plaintiff, whichever is later, plaintiff's counsel shall file a "Suggestion of Death" that identifies the plaintiff and describes the time, date, and circumstances of the plaintiff's death.

\* \* \*

Paragraph VII. D. 3. is amended, nunc pro tunc, as follows:

3.　　Each plaintiff must forward a copy of the letter attached to this Order as Exhibit A to each of his or her treating physicians and any hospital or clinic that treated plaintiff within 20 years of plaintiff's first use of either Aredia® or Zometa® through the present and to any physician, hospital, clinic, or other healthcare provider at which plaintiff received any cancer-related treatment regardless of whether that treatment fell within the preceding time period. Submission of Exhibit A will notify those persons of the terms of this Order.

It is so ORDERED this 17th day of August, 2006.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

APPROVED FOR ENTRY:

_____/s/_____
CHARLES PATRICK FLYNN, BPR 2718
FLYNN AND RADFORD, ATTORNEYS, P.C.
Suite 150, 320 Seven Springs Way
Brentwood, TN 37027
(615) 370-9448

_____/s/_____
KATHARINE R. LATIMER
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washinfgton, D.C. 20005
(202) 898-5800