# Exhibit A

| | |
|---|---|
| IN RE: AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION (MDL No. 1760)<br><br>This Document Relates To:<br>ALL CASES | No. 3:06-MD-1760<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE BROWN |

## PLAINTIFF'S FACT SHEET

Please provide the following information regarding yourself or each individual on whose behalf a personal injury or dental or other monitoring claim is being made. Each question must be answered in full. If you do not know or cannot recall the information needed to answer a question, please indicate that in response to the question. Do not leave any questions unanswered or blank.

In filling out this form, please use the following definitions:

(1)     **"health care provider"** or **"health care practitioner"** means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dental, oral, psychiatric, mental, emotional or psychological care or advice, and any doctor, physician, surgeon, oncologist, radiologist, dentist, oral and maxillofacial surgeon, pathologist, oral pathologist, natural health provider, homeopath, osteopath, chiropractor, paramedic, nurse (registered or otherwise), physiotherapist, psychologist, psychiatrist, therapist, or any other person practicing any healing art, or performing any physical, dental, oral, radiological, or mental evaluation or examination or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you;

(2)     **"document"** means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mails, cassettes, videotapes, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, phonorecords, nonidentical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

You may attach as many sheets of paper as necessary to fully answer these questions. If you have any documents (as defined above), including, but not limited to, packaging, instructions, or other materials or items that you are requested to produce in response to questions in this fact sheet or that relate to Aredia®, Zometa®, or other bisphosphonate-containing products or medications you allegedly took, or to the incident, injuries, claims or damages that are the subject of your complaint, **you must NOT** dispose of, alter or modify these

documents or materials in any way. You are also required to give all of these documents and materials to your attorney as soon as possible. If you are unclear about these obligations, please contact your attorney.

I.     CASE INFORMATION

A.     Please state the following for the civil action which you filed:

1.     Case Name: _____

2.     Civil Action No. in the United States District Court for the Middle District of Tennessee: _____

3.     Name of court where the civil action was originally filed and Civil Action No. in that court: _____

4.     Please provide the following for the principal attorney representing you.

_____
Attorney Name

_____
Firm

_____
Address

_____
Telephone Number                    Fax Number

_____
E-mail Address

B.     If you are completing this questionnaire on behalf of someone else (*e.g.*, a deceased person, an incapacitated person), please complete the following:

_____
Your Name

_____
Address

_____
Telephone number                    Fax Number
In what capacity are you representing the individual? _____

_____
If you were appointed by a court, please provide a copy of the order of appointment and state the:

_____
Court                                  Date of Appointment
Your relationship to the deceased or represented person: _____

_____
If you represent a decedent's estate, state the date of the decedent's death:

_____

[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on behalf of the person who used Aredia® and/or Zometa®. Those questions using the term "You" refer to the person who used these medications or products. If the individual is deceased, please respond as of the time immediately prior to his or her death unless

2

a different time period is specified.]

II.   PERSONAL INFORMATION

  A. Last name: _____
    First name: _____
    Middle name or initial: _____
    Maiden name (if any): _____
    Other names by which you have been known (from prior marriages or otherwise, if any): _____

  B. Gender: Male _____ Female _____

  C. Social Security number: _____

  D. Driver's license number: _____
    State of issuance: _____

  E. Date and place of birth: _____

  F. Racial/ethnic background: _____

  G. Phone number: _____

  H. Present home address: _____
    _____

    1. How long have you lived at this address? _____
    2. Who has lived at this address with you and when? _____
      _____
      _____

  I. Identify each prior home address where you have lived during the last twenty (20) years, including time periods of residence and persons, if any, who lived with you at each address and when:

| Prior Address | Dates You Lived At Address | Persons, If Any, Who Lived With You At Address And When |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

  J. Current or most recent employer:

    _____
    Name

    _____
    Address

    _____
    Phone number

3

Dates of employment _____

Occupation _____

Description of responsibilities _____

K.     All former employers (including military and self-employment):

Name _____

Address _____

Phone number _____

Dates of employment _____

Occupation _____

Description of responsibilities _____
**[Attach additional sheets as necessary with the same information for any additional former employers.]**

L.     Have you ever served in any branch of the military?
Yes _____     No _____
**If yes,** answer the following questions:
1.     Branch and dates of service: _____
_____

2.     Have you been discharged from such service?
Yes _____     No _____
a.     **If yes,** did you receive an honorable discharge?
Yes _____     No _____
b.     Were you discharged for any reason relating to your medical, physical, psychiatric or emotional condition?
Yes _____     No _____
**If yes,** state what that condition was and who diagnosed it. _____
_____

3.     Have you ever served overseas?
Yes _____     No _____
**If yes,** state the location(s) and date(s). _____
_____

M.     Have you ever been rejected from military service for any reason relating to your health or physical condition?
Yes _____     No _____
**If yes,** describe in detail the reason(s) you were rejected from military service. ___
_____

Case 3:06-md-01760   Document 105-1   Filed 08/18/06   Page 5 of 49 PageID #: 1164

N. Have you ever filed a worker's compensation claim?
Yes _____ No _____
**If yes,** please state:
1. Date the claim was filed: _____
2. Where the claim was filed: _____
3. With whom the claim was filed: _____
4. The claim/docket number, if applicable: _____
5. Nature of the injury or disability claimed: _____
_____
6. Was compensation awarded? _____
   a. **If yes,** what was the payment period or period of disability? _____
_____
   b. Identify the name, address, telephone number and specialty of the doctors who evaluated you in connection with the claim/disability.
_____
_____
_____

**[Attach additional sheets as necessary to describe all claims.]**

O. Have you ever filed a Social Security disability claim?
Yes _____ No _____
**If yes,** please state:
1. Date the claim was filed: _____
2. Where the claim was filed: _____
3. With whom the claim was filed: _____
4. Nature of the injury or disability claimed: _____
_____
5. Was disability awarded? _____
   a. **If yes,** what was the payment and period of disability? _____
_____
   b. Identify the name, address, telephone number and specialty of the doctors who evaluated you in connection with the claim/disability.
_____
_____
_____

**[Attach additional sheets as necessary to describe all claims.]**

P. Have you ever filed any other type of disability claim?
Yes _____ No _____
**If yes,** please state:
1. Date the claim was filed: _____
2. Where the claim was filed: _____
3. Name of the insurer/employer or other party to whom the claim was made:
_____
4. Nature of the injury or disability claimed: _____

5. Was disability awarded? _____

    a. **If yes**, what was the payment and period of disability? _____

    b. Identify the name, address, telephone number and specialty of the doctors who evaluated you in connection with the claim/disability.

    _____
    _____
    _____

**[Attach additional sheets as necessary to describe all claims.]**

Q. Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?
Yes _____  No _____
**If yes**, please state when, the name of the company and the company's stated reason(s) for denial. _____
_____
_____
_____

R. Have you ever been denied medical insurance?
Yes _____  No _____
**If yes**, please state when, the name of the company and the company's stated reason(s) for denial. _____
_____
_____
_____

S. Have you ever brought a lawsuit against anyone aside from the present suit?
Yes _____  No _____
**If yes**, for each such lawsuit, state (1) the court in which such lawsuit was filed, (2) the case name, (3) the names of the adverse parties, (4) the civil action or docket number assigned to the lawsuit, (5) a description of your claims in the lawsuit, and (6) whether the lawsuit has been resolved and if so, how it was resolved.
_____
_____
_____

T. Have you ever made any other type of legal claim?
Yes _____  No _____

6

**If yes**, for each such legal claim, state (1) where the claim was filed (2) to whom the claim was submitted, if it was not filed (3) the caption or name of the claim, if any, (4) the names of the adverse parties, (5) the civil action or docket number assigned to the claim, if any, (6) a description of your claim, and (7) whether the claim has been resolved and if so, how it was resolved. _____
_____
_____
_____

U.  Have you been convicted of a felony?
Yes _____    No _____
**If yes**, please identify the felony for which you were convicted, (1) when you were convicted, (2) where you were convicted, (3) whether you were incarcerated, and if so, for how long you were incarcerated. _____
_____
_____
_____
_____

V.  Has any insurance or other company provided medical coverage to you (either directly or through a group or employer) for the period beginning twenty (20) years before your alleged injury through the present?
Yes _____    No _____
**If yes**, then as to each such company, separately state:
1.  Name of the company: _____
2.  Address of the company: _____
    _____
3.  The account/policy number or designation: _____
4.  Dates of coverage: _____

W.  Have you ever missed work for more than thirty (30) days for reasons related to your health?
Yes _____    No _____
**If yes**, please state the dates, employer and health condition. _____
_____
_____
_____

III.  EDUCATIONAL HISTORY

Identify each school, college, university and other educational institution you have attended, the dates of attendance, courses of study pursued and diplomas or degrees awarded. _____
_____
_____
_____

**[Attach additional sheets as necessary.]**

7

IV. FAMILY INFORMATION

    A. Have you ever been married?
       Yes _____ No _____

    B. **If yes,** for each spouse/former spouse state:
       1. Spouse's name: _____
       2. Dates of marriage: _____
       3. Spouse's date of birth: _____
       4. Spouse's occupation: _____
       5. Spouse's address and phone number: _____
          _____
       6. If applicable, why did the marriage end (*e.g.,* divorce, death)? _____
          _____
       7. If applicable, the date the marriage ended: _____
          _____

    C. Has anyone filed a loss of consortium claim in connection with your lawsuit regarding Aredia® and/or Zometa®?
       Yes _____ No _____
       **If yes,** identify who filed the loss of consortium claim. _____
       _____

    D. Please provide the following information for your grandparents, parents, siblings and children:

| Name | Relationship to You | Date of Birth | Date of Death (if applicable) | Cause of Death (if applicable) | Occupation |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

V. CANCER BACKGROUND

    A. Have you ever been diagnosed with cancer?
       Yes _____ No _____
       **If yes:**
       1. When were you <u>first</u> diagnosed with cancer? _____
          _____
       2. What type of cancer was it? _____
          _____

8

3.    Who diagnosed you with this cancer? (Please provide the name, address, telephone number and specialty of each diagnosing physician.) _____
      _____
      _____

4.    Please identify the stage and/or grade of your cancer at the following times:
      a.    Breast Cancer
            i.    Stage (**Stage 0** (non-invasive); **Stage I** (invasive); **Stage II** (invasive); **Stage IIIA** (invasive); **Stage IIIB** (invasive); **Stage IV** (invasive/metastatic))
                  (a)    Initial Diagnosis: _____
                  (b)    Current Stage: _____
            ii.   Grade (Grade 1 (lowest) through Grade 3 (highest) on the Scarff-Bloom-Richardson grade system)
                  (a)    Initial Diagnosis: _____
                  (b)    Current Grade: _____
      b.    Prostate Cancer
            i.    Stage (**Stage I** (also known as **Stage A** or **Stage T1**); **Stage II** (also known as **Stage B** or **Stage T2**); **Stage III** (also known as **Stage C** or **Stage T3**); **Stage IV** (also known as **Stage D2** or **Stage M1**))
                  (a)    Initial Diagnosis: _____
                  (b)    Current Stage: _____
            ii.   Gleason Score (Grades 2-10)
                  (a)    Initial Diagnosis: _____
                  (b)    Current Score: _____
      c.    Multiple Myeloma
            i.    Durie/Salmon Staging System (**Stage I**; **Stage II**; **Stage III**)
                  (a)    Initial Diagnosis: _____
                  (b)    Current Stage: _____
            ii.   Subclassification (**A** (relatively normal renal function) or **B** (abnormal renal function))
                  (a)    Initial Diagnosis: _____
                  (b)    Current Subclassification: _____
            iii.  International Staging System ("ISS") (**Stage I**; **Stage II with** serum $\beta_2$ microglobulin $< 3.5$ mg/L, **but** serum albumin $< 3.5$ g/dl; **or Stage II with** serum $\beta_2$ microglobulin $3.5 - 5.5$ irrespective of serum albumin; **Stage III**)
                  (a)    Initial Diagnosis: _____
                  (b)    Current Stage: _____
      d.    Other cancer and stage and/or grade
            i.    Type: _____
            ii.   Initial Diagnosis: _____
            iii.  Current Stage and/or Grade: _____

5.  Please describe the prognosis you have been given regarding your cancer and identify who provided you with this prognosis. (Please provide the name, address, telephone number and specialty of each physician.) _____
    _____
    _____
    _____

B.  Have you been diagnosed with cancer at any time since your first cancer diagnosis (described above)?
    Yes _____ No _____
    **If yes**, for EACH subsequent diagnosis please answer the following questions:
    1.  When were you diagnosed? _____
        _____
    2.  With what type of cancer were you diagnosed? _____
        _____
    3.  Was the cancer a recurrence of a prior cancer?
        Yes _____ No _____
    4.  Who diagnosed the cancer? (Please provide the name, address, telephone number and specialty of each diagnosing physician) _____
        _____
        _____

    **[Attach additional pages as necessary]**

C.  Have you ever been diagnosed with metastatic disease?
    Yes _____ No _____
    1.  When were you diagnosed with metastatic disease? _____
        _____
    2.  Who diagnosed the metastatic disease? (Please provide name, address, telephone number and specialty of each diagnosing physician.) _____
        _____
    3.  For breast cancer patients: What is your estrogen receptor status? _____
        _____
    4.  For breast cancer patients: What is your HER2 neu status? _____
        _____
    5.  For prostate cancer patients: What is your progesterone receptor status?
        _____

D.  Have you ever experienced any of the following:

| | Yes | No |
|---|---|---|
| Hypercalcemia? | | |
| Spinal cord compression? | | |
| Fractures or breaks of bones? | | |
| Surgery or radiation to the bones in your body? | | |
| Pain, ache or discomfort in your bones? | | |

10

E.  If you answered "**yes**" to any of the conditions listed above, for each such condition:

1.  State when the condition began and ended. _____
_____
_____
_____

2.  Describe any treatment you took to alleviate the condition, including Aredia® and/or Zometa®. _____
_____
_____
_____

3.  State the name, address, telephone number and specialty of all physicians and healthcare professionals who treated you for the condition. _____
_____
_____
_____

4.  State whether you were advised by anyone that the condition was related to your cancer, and if so, who advised you of this. _____
_____
_____
_____
_____

**[Attach additional pages as necessary]**

VI.  DENTAL BACKGROUND

A.  During the twenty (20) year period BEFORE you first used the drug(s) you allege caused your injury in this case:

1.  How many times per week did you brush your teeth? _____
_____

2.  Was there ever a period of time in your life when you brushed your teeth more or less than the amount indicated above?  If so, please indicate when this period of time occurred and how often you brushed your teeth during this period of time. _____
_____

3.  Did you ever floss your teeth?
Yes _____     No _____
**If yes**, answer the following questions:
a.  How often? _____
b.  Was there ever a period of time when you flossed your teeth more or less often than that?  If so, please indicate when this period of time occurred and how often you flossed your teeth during this period of time. _____
_____

11

4. How often did you see a dentist for routine check-ups, examinations or teeth cleaning? _____

5. Was there ever a period of time when you saw a dentist more or less frequently than indicated above? If so, please indicate when this period of time occurred and how often you saw a dentist during this period of time.

_____
_____
_____

B. During the period AFTER you first used the drug(s) you allege caused your injury in this case:

1. How many times per week did you brush your teeth? _____
_____

2. Did you ever floss your teeth?
Yes _____ No _____
**If yes**, answer the following questions:
a. How often? _____

3. How often do you see a dentist for routine check-ups, examinations or teeth cleaning? _____

C. Status of teeth BEFORE you first used the drug(s) you allege caused your injury in this case.

1. How many teeth total did you have at the time you first started taking the drug(s) you allege caused your injury in this case? _____

2. Were you missing any teeth (including wisdom teeth or others)?
Yes _____ No _____
**If yes**, indicate the following:
a. How many were you missing? _____
b. Which teeth? _____
When did you lose each of those teeth? _____
_____
c. How did you lose each of those teeth? _____
_____

3. Were any of the missing teeth extracted?
Yes _____ No _____
**If yes**, indicate the following:
a. How many? _____
b. Which teeth? _____
_____
c. When did the extraction(s) occur? _____
_____
d. Why did you have each of these teeth extracted? _____
_____
_____

12

e. Who performed each extraction? (please provide the name, address, telephone number and specialty of the person who performed each extraction(s)) _____

_____

_____

_____

4. Before using the drug(s) you allege caused your injury in this case, did you have any loose teeth?
Yes _____ No _____
**If yes**, how many? _____

5. Did you have any cavities filled BEFORE you first used the drug(s) you allege caused your injury in this case?
Yes _____ No _____
**If yes**, how many? _____

6. BEFORE you first used the drug(s) you allege caused your injury in this case, did you have any dental implants?
Yes _____ No _____
**If yes**, indicate the following:
a. What type of dental implant(s) did you have? _____

_____

b. When was each tooth implanted? _____

_____

c. Please provide the name, address, telephone number and specialty of the person who performed each implant. _____

_____

_____

_____

7. BEFORE you first used the drug(s) you allege caused your injury in this case, did you have any dentures, bridges or other artificial fixtures in your mouth?
Yes _____ No _____
**If yes**, indicate the following:
a. What type of dentures, bridges, or other artificial fixtures did you have? _____

_____

b. When did you start wearing each denture, bridge, or other artificial fixture and was that fixture properly fitted? _____

_____

c. Please provide the name, address, telephone number and specialty of the person who prescribed each denture, bridge or other artificial fixture. _____

_____

_____

13

8.  BEFORE you first used the drug(s) you allege caused your injury in this case, did you have any dental prosthodontics or orthodontia (including, but not limited to, braces)?

Yes _____    No _____

**If yes**, indicate the following:

a.  What type did you have? _____

    _____

b.  When did you receive it? _____

c.  Please provide the name, address, telephone number and specialty of the person who provided you with the prosthodontics or orthodontia. _____

    _____

    _____

9.  BEFORE you first used the drug(s) you allege caused your injury in this case, did you suffer from bruxism or grinding of your teeth?

Yes _____    No _____

**If yes**, indicate the following:

a.  Did you wear a mouth guard at night? _____

b.  If so, when did you start wearing the guard and how frequently did you wear it? _____

    _____

c.  Please provide the name, address, telephone number and specialty of the person who provided you with the mouth guard and/or diagnosed you with bruxism. _____

    _____

    _____

D.  Status of teeth AFTER your use of the drug(s) you allege caused your injury in this case.

1.  How many teeth total do you currently have? _____

2.  Have you lost any teeth (including wisdom teeth or others) since you began taking the drug(s) you allege caused your injury in this case?

Yes _____    No _____

**If yes**, indicate the following:

a.  How many have you lost? _____

    _____

b.  Which teeth? _____

    _____

c.  When did you lose each of those teeth? _____

    _____

d.  How did you lose each of those teeth? _____

    _____

3.  Were any of these lost teeth extracted?

Yes _____    No _____

**If yes**, indicate the following:

14

    a.    How many? _____

    _____

    b.    Which teeth? _____

    _____

    c.    When did the extraction(s) occur? _____

    _____

    d.    Why did you have each of these teeth extracted? _____

    _____

    _____

    _____

    e.    Please provide the name, address, telephone number and specialty of the person who performed each extraction. _____

    _____

    _____

    _____

4.    Have you had any loose teeth that were not loose before beginning to take the drug(s) you allege caused your injury in this case?
Yes _____    No _____
**If yes**, indicate the following:

    a.    How many? _____

    _____

    b.    Which teeth became loose? _____

    _____

    c.    Did any of these teeth fall out naturally? _____

    _____

    d.    Did you have any of these teeth extracted? _____

    _____

5.    Did you have any cavities filled AFTER you first used the drug(s) you allege caused your injury in this case?
Yes _____    No _____
**If yes**, how many? _____

6.    AFTER you first used the drug(s) you allege caused your injury in this case, did you have any dental implants?
Yes _____    No _____
**If yes**, indicate the following:

    a.    What type of dental implant(s) did you have? _____

    _____

    b.    When was each implant installed? _____

    _____

    Please provide the name, address, telephone number and specialty of the person who performed each implant. _____

    _____

    _____

    _____

Case 3:06-md-01760   Document 105-1   Filed 08/18/06   Page 16 of 49 PageID #: 1175

7.    AFTER you first used the drug(s) you allege caused your injury in this case, did you have any dentures, bridges or other artificial fixtures in your mouth?

Yes \_\_\_\_\_    No \_\_\_\_\_

**If yes**, indicate the following:

a.    What type of dentures, bridges, or other artificial fixtures did you have? _____

_____

b.    When did you start wearing each denture, bridge, or other artificial fixture? _____

_____

c.    Please provide the name, address, telephone number and specialty of the person who prescribed each denture, bridge, or other artificial fixture for you. _____

_____

_____

8.    AFTER you first used the drug(s) you allege caused your injury in this case, did you have any dental prosthodontics or orthodontia (including, but not limited to, braces)?

Yes \_\_\_\_\_    No \_\_\_\_\_

**If yes**, indicate the following:

a.    What type did you have? _____

_____

b.    When did you receive the dental prosthodontics or orthodontia? \_\_

_____

c.    Please provide the name, address, telephone number and specialty of the person who provided you with the dental prosthodontics or orthodontia. _____

_____

_____

9.    AFTER you first used the drug(s) you allege caused your injury in this case, did you suffer from bruxism or grinding of your teeth?

Yes \_\_\_\_\_    No \_\_\_\_\_

**If yes**, indicate the following:

a.    Did you wear a mouth guard at night? _____

_____

b.    If so, when you start wearing the guard and how frequently did you wear it? _____

_____

c.    Please provide the name, address, telephone number and specialty of the person who provided you with the mouth guard and/or diagnosed you with bruxism. _____

_____

16

_____
_____

E.    At any time BEFORE the injury that you allege you have suffered occurred, had you ever experienced or been diagnosed with any of the following conditions:

| | Yes | No |
|---|---|---|
| Osteonecrosis of the jaw | | |
| Osteomyelitis | | |
| Infection in the mouth | | |
| Sinus infection | | |
| Bone spurs in the mouth | | |
| Exposed bone in the mouth | | |
| Tooth decay | | |
| Poor healing of infections in the mouth | | |
| Gum disease or infection | | |
| Periodontal disease | | |
| Bleeding gums | | |
| Grinding of the teeth | | |
| Temporomandibular joint [TMJ] problems | | |
| Dental pain | | |
| Abscesses | | |
| Lesions in the mouth | | |
| Cancer of the mouth | | |
| Herpes [in or around the mouth] | | |
| Lockjaw | | |
| Mandibular exostosis (bony outgrowth) | | |
| Pain (persistent or otherwise) in the mouth or jaw | | |
| Swelling in the mouth or jaw | | |
| Non-healing sore in the mouth or jaw | | |
| Draining fistula | | |
| Numbness of the lip, chin, mouth or jaw | | |
| "Heaviness" of the jaw | | |
| Burning or tingling in the jaw | | |
| Limited range of motion in the jaw | | |
| Edentulous (toothless) regions in the mouth | | |

F.    If you responded "**yes**" to any of the above, please provide the following information for each condition identified above:
      1.    Condition: _____

            Date of onset: _____
            Please provide the name, address, telephone number and specialty of the person who diagnosed the condition. _____
            _____
            _____

17

Generic name, brand name, strength and daily dose of any medication prescribed (or taken without prescription): _____

_____

2.     Condition: _____
Date of onset: _____
Please provide the name, address, telephone number and specialty of the person who diagnosed the condition. _____

_____

Generic name, brand name, strength and daily dose of any medication prescribed (or taken without prescription): _____

_____

3.     Condition: _____
Date of onset: _____
Please provide the name, address, telephone number and specialty of the person who diagnosed the condition. _____

_____

Generic name, brand name, strength and daily dose of any medication prescribed (or taken without prescription): _____

_____

**[Attach additional sheets as necessary until all listed conditions have been described.]**

G.     State whether you were ever given any of the following dental or oral procedures/tests at any time BEFORE the injury that you allege you suffered occurred.

|  | Yes | No |
|---|---|---|
| Gingivectomy or gum resection |  |  |
| Periodontal surgery |  |  |
| Oral surgery |  |  |
| Root canal (endodontic procedures) |  |  |
| Root planing, scaling, or other treatment for gum disease |  |  |
| Any invasive dental procedure |  |  |
| Dental procedure to fill or repair cavities |  |  |
| Orthodontic work |  |  |
| Bone trimming |  |  |

H.     For each procedure/test for which you answered "**yes**," please identify the following information:

_____      _____      _____

Test/Procedure                Physician/Dentist             Approximate date

18

| Test/Procedure | Physician/Dentist | Approximate date |

| Test/Procedure | Physician/Dentist | Approximate date |

**[Attach additional sheets as necessary.]**

VII.   OTHER MEDICAL BACKGROUND AND INFORMATION

A.   To the best of your knowledge, did you use or take any of the following medications or substances BEFORE the injury that you allege you suffered occurred?  **If yes,** please provide the first and last date on which you took the medication or substance.

| | | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|---|
| 1. | Corticosteroids | | | | |
| | a.    Dexamethasone (Decadron) | | | | |
| | b.    Prednisone, methyl prednisone | | | | |
| | c.    Glucocorticosteroids | | | | |
| | d.    Other corticosteroids | | | | |
| 2. | Dental Anesthesia [including, but not limited to, Novocaine] | | | | |
| 3. | Radiation Therapy | | | | |
| 4. | Chemotherapy | | | | |
| | a.    5-Fluorouracil (5-Fu, Adrucil) (IV) | | | | |
| | b.    Capecitabine (Xeloda) (oral) | | | | |
| | c.    Anthracyclines | | | | |
| |     i.    Doxorubicin (Adriamycin) | | | | |
| |     ii.    Epirubicin (Ellence) | | | | |
| |     iii.    EC (Doxorubicin Epirubicin/ cyclophosphamide) | | | | |
| |     iv.    Mitoxantrone (Novantrone) | | | | |
| | d.    Bortezomib (Velcade) | | | | |
| | e.    Busulfan (Myleran, Busulfex) | | | | |
| | f.    Cyclophosphamide (Cytoxan) | | | | |
| | g.    "CMF therapy" (chemotherapy using the drugs Cyclophosphamide, Methotrexate (Amethopterin, Mexate, Folex, Rheumatrex, Trexall) and 5-Fluorouracil) | | | | |
| | h.    Dolasetron (Anzemet) (anti-nausea) | | | | |
| | i.    Estramustine (Emcyt, Estracyte) | | | | |
| | j.    Flutamide (Eulexin, Euflex) | | | | |
| | k.    Gemcitabine (Gemzar) | | | | |
| | l.    Interferon | | | | |

19

| | | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|---|
| m. | Melphalan (Alkeran, L-PAM) | | | | |
| n. | Thalidomide (Thalomid) | | | | |
| o. | Vincristine (Oncovin, Vincasar PFS) | | | | |
| p. | VAD (Vincristine, Adriamycin, Dexamethasone, cyclophosphamide) | | | | |
| q. | Vinorelbine (Navelbine) | | | | |
| 5. | Hormonal Therapy (including, but not limited to, anti-estrogens, aromatase inhibitors, and anti-androgens/androgen deprivation therapy) | | | | |
| a. | Anastrozole (Arimidex) | | | | |
| b. | Bicalutamide (Casodex) | | | | |
| c. | Estradiol (Estrace, Climara, Estraderm) | | | | |
| d. | Exemestane (Aromasin) | | | | |
| e. | Flutamide (Eulexin, Euflex) | | | | |
| f. | Fulvestrant (Faslodex) | | | | |
| g. | Goserelin acetate (Zoladex) | | | | |
| h. | Letrazole (Femara) | | | | |
| i. | Leuprolide (Lupron, Eligard) | | | | |
| j. | Megestrol (Megace) | | | | |
| k. | Nilutamide (Nilandron) | | | | |
| l. | Taxanes<br>i. Docetaxel (Taxotere)<br>ii. Paclitaxel (Taxol, Abraxane) | | | | |
| m. | Tamoxifen (Nolvadex) | | | | |
| n. | Toremifene (Fareston) | | | | |
| o. | Trastuzumab (Herceptin) | | | | |
| 6. | Blood Pressure (hypertension) Medication<br>a. Amlodipine (Norvasc) | | | | |
| b. | Bendrofluazide (Aprinox) | | | | |
| c. | Diltiazem (Cardizem, Dilacor, Tiazac) | | | | |
| d. | Perindopril (Aceon) | | | | |
| e. | Verapamil (Calan, Verelan, Verelan PM, Isoptin, Covera-HS) | | | | |
| f. | Other<br>(describe: _____ ) | | | | |
| 7. | Cholesterol-lowering Medication<br>a. Atorvastatin (Lipitor) | | | | |
| b. | Simvastatin (Zocor) | | | | |

| | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|
| c.      Other (describe: _____ ) | | | | |
| 8.    Celecoxib (Celebrex) | | | | |
| 9.    Diphenhydramine (Benadryl) | | | | |
| 10.   Dutasteride (Avodart) | | | | |
| 11.   Esomeprazole (Nexium) | | | | |
| 12.   Ferrous Sulfate | | | | |
| 13.   Hydroxychloroquine (Plaquenil) | | | | |
| 14.   Isotretinoin (Accutane) | | | | |
| 15.   Itraconazole (Sporanox) | | | | |
| 16.   Leflunomide (Arava) | | | | |
| 17.   Metformin (Glucophage) | | | | |
| 18.   Morphine | | | | |
| 19.   Omeprazole (Prilosec, Losec, Rapinex) | | | | |
| 20.   Ranitidine (Zantac) | | | | |
| 21.   Rosiglitazone (Avandia) | | | | |
| 22.   Sertraline (Zoloft, Sertralin, Lustral, other) | | | | |
| 23.   Sulfamethoxazole (Gantanol) | | | | |
| 24.   Tramadol (Ultram) | | | | |
| 25.   Trimethoprim (Bactrim) | | | | |
| 26.   Warfarin (Coumadin, Marevan) | | | | |
| 27.   Antidepressants | | | | |
| 28.   Psychiatric Medications | | | | |
| 29.   Cocaine/Crack Cocaine | | | | |
| 30.   Heroin or Methadone | | | | |
| 31.   Marijuana or Hashish | | | | |
| 32.   LSD, Ecstasy, ICE, PCP | | | | |
| 33.   Amphetamines | | | | |
| 34.   Inhaled Nonprescription Substances (*e.g.*, inhalation of glue or toluene) | | | | |
| 35.   Dietary Supplements, Vitamins | | | | |
| 36.   Herbal Products (describe: _____ ) | | | | |

B.      Have you regularly taken any other prescription medicines in the last 10 years?
Yes _____      No _____

**If yes**, please list the medications, the first and last dates of ingestion, and reasons for taking each. _____

_____

_____

_____

_____

C.   Have you participated in any clinical trials or taken any experimental drugs?
Yes _____   No _____
**If yes**, please indicate when you participated in such trials, where the trials took place, which drugs you took, and for what condition you took such drugs. _____

_____

_____

_____

_____

_____

_____

D.   Smoking History

1.   Have you ever smoked cigarettes?
Yes _____   No _____   **If no, skip to D.4.**

2.   Do you currently smoke cigarettes?
Yes _____   No _____

a.   **If yes**, state amount smoked: ____ packs per day for ____ years of the following brands of cigarettes: _____

_____

b.   **If no**, state date on which smoking ceased _____ and state amount smoked: _____ packs per day for _____ years of the following brands of cigarettes: _____

_____

3.   At the time that you sustained the injuries alleged in the Complaint, did you smoke cigarettes?
Yes _____   No _____
**If yes**, state amount smoked: _____ packs per day for _____ years prior to date of the injury.

4.   Have you ever smoked cigars or pipe tobacco?
Yes _____   No _____   **If no, skip to D.7.**

5.   Do you currently smoke cigars or pipe tobacco?
Yes _____   No _____

a.   **If yes**, state amount smoked: _____ cigars/pipes per day for _____ years.

b.   **If no**, state date on which smoking ceased _____ and state amount smoked: _____ cigars/pipes per day for _____ years.

6.   At the time that you sustained the injuries alleged in the Complaint, were you a smoker of cigars or pipe tobacco?
Yes _____   No _____

**If yes**, state amount smoked: _____ cigars/pipes per day for _____ years prior to date of the injury.

    7.    Have you ever dipped snuff/chewed tobacco?

        Yes _____    No _____

        a.    **If yes**, state amount dipped/chewed: _____ cans/plugs per day for _____ years.

        b.    **If no**, state date on which dipping/chewing ceased _____ and state amount dipped/chewed: _____ cans/plugs per day for _____ years.

E.    Drinking History

    1.    Do you currently drink alcohol (beer, wine, whiskey, etc.)?

        Yes _____    No _____

        **If yes**, check which represents your current alcohol consumption

        _____    1-5 drinks per week

        _____    6-10 drinks per week

        _____    11-14 drinks per week

        _____    15 or more drinks per week

        _____    Other (Describe: _____ )

    2.    Have you ever drunk alcohol (beer, wine, whiskey, etc.)?

        Yes _____    No _____

        **If yes**, please check which represents your greatest alcohol consumption over an extended (six (6) months or greater) period within the last 20 years?

        _____    1-5 drinks per week

        _____    6-10 drinks per week

        _____    11-14 drinks per week

        _____    15 or more drinks per week

        _____    Other (Describe: _____ )

        When was this period? _____

    3.    Check which represents your weekly alcohol consumption during the period you commenced taking you first used the used the drug(s) you allege caused your injury in this case through the onset of your alleged injury.

        _____    0  drinks per week

        _____    1-5 drinks per week

        _____    6 -10 drinks per week

        _____    11 -14 drinks per week

        _____    15  or more drinks per week

        _____    Other (D escribe: _____ )

F.    Have you ever experienced or been diagnosed or treated for any of the following:

| | Yes | No |
|---|---|---|
| 1.    Necrosis, avascular necrosis, or osteonecrosis in any part of the body | | |

| | Yes | No |
|---|---|---|
| 2. Osteomyelitis | | |
| 3. Diseases of the jaw or oral cavity | | |
| 4. Osteoporosis | | |
| 5. Paget's disease | | |
| 6. Pancytopenia secondary to cancer and/or cancer treatment | | |
| 7. Sickle cell disease | | |
| 8. Gaucher's disease | | |
| 9. Leiden mutation of the factor V gene | | |
| 10. Coagulation or clotting abnormalities or disorders, such as blood clots or thrombosis | | |
| 11. Abnormality of blood vessels or circulatory system | | |
| 12. Hyperlipidemia and lipid disorders, such as but not limited to high cholesterol | | |
| 13. Autoimmune or connective tissue disorders | | |
|     a. Systemic lupus erythematosus | | |
|     b. Rheumatoid arthritis | | |
|     c. Vasculitis | | |
|     d. Other (describe: _____ ) | | |
| 14. Other rheumatological condition (describe: _____ ) | | |
| 15. Acquired Immunodeficiency Disease Syndrome (AIDS) or HIV | | |
| 16. Vascular insufficiency | | |
| 17. Renal transplant/disease | | |
|     a. Renal impairment | | |
|     b. Renal disease | | |
| 18. Caisson's disease/barotrauma | | |
| 19. Pancreatitis | | |
| 20. High blood pressure or hypertension | | |
| 21. Arterial disease | | |
| 22. Peripheral vascular disease | | |
| 23. Infection | | |
| 24. Diabetes Mellitus | | |
| 25. Fungal infections (including, but not limited to, Aspergillis fungus) | | |
| 26. Fibrous Dysplagia | | |
| 27. Secondary hyperparathyroidism/ hypocalcemia | | |
| 28. Local ischemia | | |

24

|  | Yes | No |
|---|---|---|
| 29. Hypoproteinemia | | |
| 30. Hyperviscosity syndrome | | |
| 31. Anemia or leucopenia | | |
| 32. Thrombocytopenia | | |
| 33. Thrombophilia or hypofibrinolysis | | |
| 34. Asthma | | |
| 35. Blood disorders or dyscrasias | | |
| 36. Persistence of low serum calcium levels (hypocalcemia) | | |
| 37. Persistence of high serum parathyroid levels (hyperparathyroidism) | | |

G.    If you responded "**yes**" to any of the above, please identify the condition, the date of onset, state the name of the physician or other person who made the diagnosis or informed you of the condition, and identify any medication prescribed for the condition.

    1.    Condition: _____
            Date of onset: _____
            Please provide the name, address, telephone number and specialty of the person who diagnosed the condition. _____

            _____

            Generic name, brand name, strength and daily dose of any medication prescribed (or taken without prescription): _____

            _____

    2.    Condition: _____
            Date of onset: _____
             Please provide the name, address, telephone number and specialty of the person who diagnosed the condition. _____

            _____

            Generic name, brand name, strength and daily dose of any medication prescribed (or taken without prescription): _____

            _____

    3.    Condition: _____
            Date of onset: _____
             Please provide the name, address, telephone number and specialty of the person who diagnosed the condition. _____

            _____

            Generic name, brand name, strength and daily dose of any medication prescribed (or taken without prescription): _____

            _____

**[Attach additional sheets as necessary until all listed conditions have been described.]**

H.    State whether you experienced or were treated for any psychological, psychiatric or emotional problem (including depression) BEFORE you first used Aredia® and/or Zometa®:

Yes _____   No _____

**If yes,** please provide the following information for each condition:

1.    Describe the symptoms experienced. _____

_____

2.    Please provide the name, address, telephone number and specialty of the person who provided the diagnosis and/or treatment. _____

_____

3.    Please provide the name and address of facility or hospital, if any, where the treatment was provided. _____

_____

4.    Condition treated: _____

_____

5.    When treated: _____

**[Attach additional sheets as necessary.]**

I.    Has any physician, health practitioner or any other person ever told you that you have a genetic predisposition for developing osteonecrosis of the jaw or osteonecrosis of any other part of the body?

**If yes,** answer the following:

1.    Please provide the name, address, telephone number and specialty of the person who told you this. _____

_____

2.    What were you specifically told about your genetic predisposition? _____

_____

_____

3.    When were you told this information?_____

_____

J.    Have you ever suffered any traumatic injury to your head, neck, mouth or jaw?

Yes _____   No _____

**If yes,** please state:

1.    When the injury occurred. _____

2.    The nature of the injury, including what part of the body was injured. ____

_____

3. Please provide the name, address, telephone number and specialty of the person who provided the diagnosis and/or treatment. _____

_____

4. Please provide the name and address of facility or hospital, if any, where the treatment was provided. _____

_____

_____

5. Please identify the medications taken to treat the injury. _____

_____

K. To the best of your knowledge, state whether you underwent any of the following tests, procedures, or surgeries BEFORE the injury you allege you suffered occurred.

| | | Yes | No |
|---|---|---|---|
| 1. | Skeletal bone scan (scintigraphy), Dual Energy X-Ray Absorptiometry (DEXA) scan, or nuclear medicine imaging | | |
| 2. | Dental x-rays, panorexes, or other dental imaging | | |
| 3. | Echocardiogram | | |
| 4. | Electrocardiogram | | |
| 5. | Electroencephalogram | | |
| 6. | Magnetoencephalography | | |
| 7. | Arteriogram or angiogram | | |
| 8. | MRI (including functional MRI, or MRI spectroscopy), CT or CTA scans or x-ray | | |
| 9. | MRA (magnetic resonance angiography) | | |
| 10. | Doppler scans | | |
| 11. | Ultrasound | | |
| 12. | PET scans | | |
| 13. | Biopsies | | |
| 14. | Interventional radiology procedure images, such as organ procedures or vascular interventional radiology procedures | | |
| 15. | Other diagnostic test or imaging of the mouth or jaw | | |
| 16. | Stem cell or organ transplant | | |
| 17. | Prehematopoietic stem cell transplantation | | |
| 18. | Vascular surgery | | |
| 19. | Any other surgery (describe: _____ ) | | |

L. For each test, procedure, or surgery for which you answered "**yes**," please identify the treating physician and approximate date of the test.

27

| | | |
|---|---|---|
| Test/Procedure/Surgery | Treating Physician | Approximate date |
| Test/Procedure/Surgery | Treating Physician | Approximate date |
| Test/Procedure/Surgery | Treating Physician | Approximate date |

**[Attach additional sheets as necessary.]**

VIII.   AREDIA®, ZOMETA®, AND OTHER BISPHOSPHONATE USE

A.   Identify which of the following medications you have taken:

| | | Yes | No |
|---|---|---|---|
| 1. | Aredia®: | | |
| 2. | Zometa®: | | |
| 3. | Fosamax®: | | |
| 4. | Actonel®: | | |
| 5. | Boniva®: | | |
| 6. | Didronel®: | | |
| 7. | Skelid®: | | |
| 8. | Ostac®: | | |
| 9. | Bonefos®: | | |

B.   Complete the following information for each drug identified above:

| Dates of Use of Drug | Dosage | Physician Who Prescribed | Address of Prescribing Physician | Condition(s) Treated | Name and Street Address of Location Where Drug Was Infused, Injected or Taken |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

C.   Were you given any written instructions or warnings, including any packaging, package inserts, pamphlets, or brochures BEFORE receiving the drug(s) at issue? Yes _____ No _____ I don't recall _____

    1.   **If yes**, please provide the name, address, telephone number and specialty of the person who gave you the instructions or warnings. _____

_____

_____

    2.   **If yes**, identify what the warnings or instructions said. _____

_____

28

_____

_____

_____

3.   Do you still have this information? **If yes**, attach it to your responses.  If no, what happened to it? _____

_____

_____

D.   Were you given any oral instructions or warnings regarding your use of the drug(s) BEFORE receiving the drug(s) at issue?
Yes _____     No _____     I don't recall _____

1.   **If yes**, please provide the name, address, telephone number and specialty of the person who gave you the instructions or warnings. _____

_____

_____

2.   Were they in writing? _____

3.   What were you told about the warnings or instructions? _____

_____

_____

_____

E.   Has any healthcare provider, or anyone else, ever explained to you the reasons why you were prescribed Aredia® and/or Zometa®?
Yes _____     No _____     I don't recall _____

1.   **If yes**, please provide the name, address, telephone number and specialty of each person who explained this to you. _____

_____

_____

2.   When was this explained to you? _____

_____

3.   What was the explanation given to you? _____

_____

_____

F.   Were you advised of the benefits of taking Aredia® and/or Zometa®?
Yes _____     No _____     I don't recall _____

1.   **If yes**, please provide the name, address, telephone number and specialty of each person who advised you of the benefits of taking Aredia® and/or Zometa®? _____

_____

_____

2.   What were you advised regarding the benefits of taking Aredia® and/or Zometa®? _____

29

_____

_____

3.      If you received any written information about the benefits of Aredia® and/or Zometa®, do you still have this information? **If yes**, attach it to your responses. If no, what happened to it? _____

_____

_____

G.      Have you ever seen or received any advertising, marketing, or any other materials regarding the promotion of Aredia® and/or Zometa®?

Yes _____     No _____     I don't recall _____

1.      **If yes**, where did you see this material? _____

_____

2.      Describe the materials you saw. _____

_____

_____

3.      Please provide the name, address, telephone number and specialty of each person who provided it to you. _____

_____

_____

4.      Do you still have this information?

     Yes _____     No _____

a.      **If yes**, attach it to your responses. _____

b.      **If no**, what happened to it? Identify what the material said or pictured. _____

_____

_____

H.      Have you ever had any communications with Novartis Pharmaceuticals Corporation ("NPC")?

Yes _____     No _____

**If yes**, then answer the following:

1.      With whom did you communicate? _____

_____

_____

2.      By what method did this communication occur (for example, telephone, letter, e-mail, etc.)? If the method of communication was written, please attach a copy of each communication to your response. _____

_____

_____

30

3. When did the communication occur? _____
   _____
   _____

4. Who initiated the communication? If someone other than you, who?
   (please provide his or her name, address and telephone number) _____
   _____
   _____
   _____

5. Describe the contents of the communication (for example, what each
   participant said; what, if any, agreements or conclusions were reached,
   etc.). _____
   _____
   _____

6. Has anyone else, including any of your physicians, family members, or
   others, ever contacted NPC on your behalf or about your medical
   condition? If so, provide each person's name, address and telephone
   number. _____
   _____
   _____
   _____

I. Have you ever had any communications with anyone other than NPC regarding
   Aredia® and/or Zometa®?
   Yes _____      No _____
   **If yes**, then answer the following:

   1. With whom did you communicate? _____
      _____
      _____

   2. By what method did this communication occur (for example, telephone,
      letter, e-mail, etc.)? If the method of communication was written, please
      attach a copy of each communication to your response. _____
      _____
      _____

   3. When did the communication occur?
      _____
      _____

   4. Who initiated the communication or did someone else? If someone other
      than you, who? (please provide his or her name, address and telephone
      number) _____
      _____
      _____

31

5. Describe the contents of the communication (for example, what each participant said; what, if any, agreements or conclusions were reached, etc.) _____

_____

_____

_____

J. Have you ever visited any website (including any chat rooms) regarding Aredia®, Zometa®, or other bisphosphonates?
Yes _____ No _____
**If yes**, identify all websites or chat rooms visited and approximate dates of visit.

_____

_____

_____

K. For what disease or condition were you prescribed each of the medications identified in section VIII.A:
1. Injury, illness, or disability: _____

_____

2. Date(s) of onset: _____

3. Date(s) of diagnosis: _____

4. Please provide the name, address, telephone number and specialty of the person by whom the injury, illness or disability was first diagnosed. _____

_____

_____

5. List the treatment (surgery, medications taken or prescribed) for the injury, illness or disability. _____

_____

_____

_____

_____

L. At the time you first began taking Aredia®, Zometa®, or other bisphosphonates did you suffer from any other physical injuries, illnesses or disabilities other than the disease or condition identified in B. above?
Yes _____ No _____
**If yes**, identify the injury, illness, or disability, symptoms, date(s) of onset and dates(s) of diagnosis
1. Injury, illness, or disability: _____

_____

_____

32

    _____

2.      Symptom(s): _____

3.      Date(s) of onset: _____

4.      Date(s) of diagnosis: _____

5.      Please provide the name, address, telephone number and specialty of the person by whom the injury, illness or disability was first diagnosed. \_\_\_\_\_

    _____
    _____

## IX. THE INJURY

A.      If you are making a claim for present or past physical injuries or illness from taking Aredia®, Zometa®, or other bisphosphonates, please list each injury separately and provide the information below:

1.      Injury: _____

     a.      Full description of injury:_____

            _____

     b.      Do you still have that injury or illness?
             Yes \_\_\_\_\_     No \_\_\_\_\_

     c.      On what date and time did you first experience any symptoms you believe are related to the injuries or illnesses alleged above? \_\_\_\_\_

            _____

     d.      What symptoms did you experience at first? _____

            _____

     e.      In what city and state were you when you experienced those symptoms?
             City: _____   State: _____

     f.      Were there any witnesses to the symptoms identified above? If so, state their names, addresses, telephone numbers and relationship to you. _____

            _____
            _____

     g.      When did you first contact a doctor or healthcare professional concerning this injury? _____

            _____

     h.      Who did you contact first? (provide the name, address, telephone number and specialty of the person) _____

_____

    i.      If you were taken to a doctor or health care facility for the injury alleged in the Complaint, state the name and address of the persons, police department, fire department, emergency medical workers, or ambulance company who took you to the doctor or health care facility? _____

_____

_____

    j.      When were you formally diagnosed with this injury? _____

_____

    k.      Who diagnosed you with this injury? (provide the name, address, telephone number and specialty of the person) _____

_____

    l.      What treatment did you receive for this injury? _____

_____

_____

    m.     What product(s) do you claim caused this injury? _____

_____

**[Attach additional sheets as necessary for each present or past physical injury or illness you allege was caused by Aredia®, Zometa®, or other bisphosphonates.]**

B.    Have you had discussions with any physician(s), dentist(s), or other health care practitioner(s) about whether your condition is related to the use of Aredia® and/or Zometa®?

Yes _____    No _____

**If yes**, please identify:

Name of doctor: _____

Address: _____

Specialty: _____

Date of Discussion(s): _____

and circle all of the following that describe your discussion:

1.    I was told my condition is related to drug(s) other than Aredia® and/or Zometa®; the drug(s): _____

2.    I was told my condition is related to the following medical condition or disease: _____

3.    I was told my condition is related to the use of Aredia® and/or Zometa®.

4.    I was told my condition is not related to the use of Aredia® and/or Zometa®.

5.    I was told my condition may be related to the use Aredia® and/or Zometa®.

34

6.     I was told by the doctor that he does not know whether my condition is related to the use of Aredia® and/or Zometa®.

7.     I don't recall what I was told.

**[If discussed with more than one doctor, please copy and complete Part B for each.]**

C.     Do you currently suffer from any physical injuries, illnesses or disabilities other than those you believe were caused by Aredia®, Zometa®, or other bisphosphonates?

Yes _____    No _____

**If yes**, identify the injury, illness, or disability, symptoms, date(s) of onset and dates(s) of diagnosis:

1.     Injury, illness, or disability: _____

_____

_____

_____

_____

1.     Symptom(s): _____

_____

2.     Date(s) of onset: _____

3.     Date(s) of diagnosis: _____

4.     Please provide the name, address, telephone number and specialty of the person by whom the injury, illness or disability was first diagnosed. _____

_____

_____

5.     What caused that injury? _____

_____

D.     If you are making a claim for present or past psychological, cognitive or emotional injury as a consequence of using Aredia® and/or Zometa®, or other bisphosphonates, please list each injury separately and provide the information below:

1.     Injury: _____

     a.     Full description of injury:_____

          _____

     b.     Do you still have that injury or illness?

          Yes _____    No _____

     c.     On what date and time did you first experience any symptoms you believe are related to the injuries or illnesses alleged above? _____

          _____

35

d.    What symptoms did you experience at first? _____
_____

e.    In what city and state were you when you experienced those
symptoms?
City: _____ State: _____

f.    Were there any witnesses to the symptoms identified above? If so,
state their names, addresses, telephone numbers and relationship to
you. _____
_____
_____
_____

g.    When did you first contact a doctor or healthcare professional
concerning this injury? _____
_____

h.    Who did you contact first? (provide the name, address, telephone
number and specialty of the person) _____
_____

i.    When were you formally diagnosed with this injury? _____
_____

j.    Who diagnosed you with this injury? (provide the name, address,
telephone number and specialty of the person) _____
_____
_____

k.    What treatment did you receive for this injury? _____
_____
_____
_____

l.    What product(s) do you claim caused this injury? _____
_____

**[Attach additional sheets as necessary for each present or past
psychological, cognitive or emotional injury you allege was caused by
Aredia®, Zometa®, or other bisphosphonates.]**

E.    Do you claim that your treatment with Aredia® and/or Zometa® increased your
risk of a future injury or harm that you have not yet experienced?
Yes _____    No _____
**If yes**, identify and describe each and every such future injury or harm and for
each, identify the basis for your contention. _____
_____
_____
_____

F.  Have you had any discussions with any physician(s), dentist(s), or other health care practitioner(s) about whether your treatment with Aredia® and/or Zometa® put you at increased risk of injury or harm?

Yes _____   No _____

**If yes**, please identify:

Name of doctor: _____

Address: _____

Specialty: _____

Date of Discussion(s): _____

Identify what the physician told you: _____

_____

_____

_____


G.  Do you claim that your treatment with bisphosphonates, other than Aredia® and/or Zometa®, increased your risk of a future injury or harm that you have not yet experienced?

Yes _____   No _____

1.  **If yes**, identify and describe each and every such future injury or harm and for each, identify the basis for your contention. _____

_____

_____

_____

2.  Have you had any discussions with any physician(s), dentist(s), or other health care practitioner(s) about whether your treatment with bisphosphonates, other than Aredia® and/or Zometa®, put you at increased risk of injury or harm?

Yes _____   No _____

**If yes**, please identify:

Name of doctor: _____

Address: _____

Specialty: _____

Date of Discussion(s): _____

Identify what the physician told you: _____

_____

_____

_____


## X. DAMAGE CLAIMS

A.  Complete the following information with respect to your employment for ten (10) years prior to your alleged use of Aredia® and/or Zometa® to the present.

| Employer | Address | Type of Business/ Position | Dates of Employment | Salary | Overtime | Bonus |
|----------|---------|----------------------------|---------------------|--------|----------|-------|
|          |         |                            |                     |        |          |       |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

State the total amount of time which you have lost from work as a result of any condition which you claim or believe was caused by your use of Aredia® and/or Zometa® and the amount of income which you lost.

Total time _____days

Total income lost $ _____

B.  Have you paid or incurred any medical expenses, including amounts billed or paid by insurers and other third party payors, which are related to any condition which you claim or believe was caused by your use of Aredia® and/or Zometa® for which you seek recovery in the action which you have filed?

Yes _____    No _____

**If yes**, please state the total amount of such expenses at this time.    $ _____

C.  If you are making any claims for other out-of-pocket expenses, please complete the following:

1.  For what expenses? _____

_____

_____

2.  Amount of fees or expenses: _____

_____

_____

D.  Please identify all persons who you believe possess information concerning your injury, your current medical condition, the underlying cancer or illness for which you took Aredia® and/or Zometa®, and/or your claims in this case and for each, state their name, address, telephone number and a description of the information you believe they possess. _____

_____

_____

_____

_____

_____

_____

38

## XI. DOCUMENTS

Please attach the following documents to this declaration, to the extent that such documents are currently in your possession or in the possession of your lawyers.

A.  For each health care practitioner who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental, or mental condition at any time, produce an executed copy of the release form attached to this Plaintiff's Fact Sheet as Ex. A, authorizing NPC to obtain medical records from each health care practitioner.

B.  Produce an additional TEN ORIGINAL SIGNED copies of the release form attached as Ex. A, leaving blank the name to whom the release is directed, authorizing NPC to obtain medical records from each health care practitioner who later becomes known to NPC who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental, or mental condition at any time.

C.  For each hospital, clinic or any other facility at which you have been treated for any medical, dental, or mental condition at any time, produce an executed copy of the release form attached as Ex. A, authorizing NPC to obtain medical records from each such hospital, clinic or any other facility.

D.  Produce an additional TEN ORIGINAL SIGNED copies of the release form attached as Ex. A, leaving blank the name to whom the release is directed, authorizing NPC to obtain medical records from any hospital, clinic or any other facility that later becomes known to NPC and at which you have been treated for any medical, dental or mental condition at any time.

E.  For each health care practitioner, who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental or mental condition at any time, at or in affiliation with a Veteran's Administration facility, produce an executed copy of the release form attached as Ex. B, authorizing NPC to obtain medical records from each health care practitioner.

F.  For each health care practitioner, who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental or mental condition at any time, produce an executed copy of the release form attached as Ex. C, authorizing that person to review your medical records, participate in informal *ex parte* communications with NPC's attorneys, and give testimony regarding your medical condition.

G.  For each psychologist, psychiatrist or other mental health care practitioner who has examined or treated you for any psychological, psychiatric, or emotional injuries, illnesses and/or conditions allegedly suffered as a result of your treatment with Aredia® and/or Zometa®, produce an executed copy of the release form attached as Ex. D, authorizing NPC to obtain your psychotherapy notes generated by any such mental health care practitioner.

H.  A copy of all medical records from any health care provider (*e.g.*, doctor, physician, surgeon, hospital or other facility where medical care or treatment is

rendered, oncologist, radiologist, dentist, oral and maxillofacial surgeon, health care provider, pathologist, oral pathologist, natural health provider, osteopath, chiropractor, paramedic, nurse (registered or otherwise), physiotherapist, psychologist, psychiatrist, therapist, or any other person practicing any healing art, or performing any physical, radiological, or mental evaluation or examination) who treated you for any disease, condition or symptom referred to in any or your responses to the questions above.

I.  A copy of all medical records from any health care provider (*e.g.*, doctor, physician, surgeon, hospital or other facility where medical care or treatment is rendered, oncologist, radiologist, dentist, oral and maxillofacial surgeon, health care provider, pathologist, oral pathologist, natural health provider, osteopath, chiropractor, paramedic, nurse (registered or otherwise), physiotherapist, psychologist, psychiatrist, therapist, or any other person practicing any healing art, or performing any physical, radiological, or mental evaluation or examination) who treated you at any time for any cancer, periodontal disease, dental problem or routine check-ups, or osteonecrosis of the jaw.

J.  To the extent not included in the foregoing, all records relating to any examination by a physician, dentist, or other health care provider as defined above, conducted for any purpose, in the period prior to the date upon which you used Aredia® and/or Zometa®.

K.  All radiological or other images or recordings of you including but not limited to x-rays; skeletal bone scans, scintigraphy, or nuclear medicine images; dental films, panorexes, or images; CT or CTA scans; MRI, MRA, functional MRI, or MRI spectroscopy; electroencephalograms (EEG), electrocardiograms and echocardiograms (EKG/ECG); magnetoencephalography; angiograms; arteriograms; ultrasound; doppler scans; PET scans; biopsies; and interventional radiology procedure images, such as organ procedures or vascular interventional radiology procedures.

L.  If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

M.  Produce executed copies of each of the authorizations, attached as Ex. E, authorizing NPC to obtain all documents discussing, describing or memorializing your requests for Social Security, disability insurance, or workers' compensation benefits.

N.  If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the years from ten (10) years prior to your injury to the present.

O.  Produce executed copies of each of the authorizations, attached as Ex. F, authorizing NPC to obtain your Federal and State income tax returns for each of the years from ten (10) years prior to your injury to the present.

P.  Produce executed copies of each of the authorizations, attached as Ex. G, authorizing NPC to obtain your earnings information from the Social Security Administration.

Q. All documents relating to your employment at any time, including documents relating to attendance, leave of absences (whether for vacation, sick leave or other reasons), reported injuries, promotions and demotions, performance evaluations, reports of health examinations, job applications, and wages paid and/or earnings given (including W-2 forms), and all other pertinent documents, including any and all medical, psychological, or testing records or memoranda.

R. For each of your prior employers, produce two executed copies of the release form attached as Ex. H, permitting NPC to obtain your employment records, including W-2 forms.

S. For your current employer, produce two executed copies of the release form attached as Ex. H, permitting NPC to obtain your employment records, including W-2 forms.

T. If you have served in the military, produce an executed copy of the release form attached as Ex. I, permitting NPC to obtain your military personnel, service, and health records.

U. Copies of all documents from any healthcare provider (as defined above) or others discussing, describing, relating to, or memorializing your treatment with Aredia® and/or Zometa® or to any condition you claim is related to the use of Aredia® and/or Zometa®.

V. All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, handouts or other materials distributed with or provided to you in connection with your use of Aredia® and/or Zometa®.

W. Copies of advertisements, videos, written materials or promotions for Aredia® and/or Zometa® which you saw prior to use of the drug(s).

X. All documents relating to Aredia® and/or Zometa® or any alleged health risks or hazards related to these drugs in your possession at or before the time of the injury alleged in your Complaint.

Y. All documents you (and not your lawyer) obtained directly or indirectly from NPC.

Z. All photographs, drawings, journals, slides or videos relating to your alleged injury after using Aredia® and/or Zometa®, including any "day-in-the-life" videotapes.

AA. Any diary, calendar or any other writing or recording made by you, or by any other person, describing, discussing, explaining or referring to the injuries, damages, or causes of action alleged by you in the Complaint.

BB. Any diary, calendar or any other writing or recording made by you, or by any other person, describing, discussing, explaining or referring to the underlying illness or disease for which you received Aredia® and/or Zometa®.

CC. Copies of all documents you (and not your attorneys) obtained from any source related to Aredia® and/or Zometa® or to the alleged effects of such medications.

DD. If you claim any loss from medical expenses, copies of all bills from any

41

physician, hospital, pharmacy or other health care provider.

EE. Decedent's death certificate (if applicable).

## DECLARATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part XII of this declaration, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____          _____
Signature                                                    Date

43

**IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENESSEE**
**MDL NO. 1760**

LIST OF MEDICAL AND OTHER HEALTH CARE PROVIDERS
<u>AND OTHER SOURCES OF INFORMATION</u>

EACH PLAINTIFF WHO IS REQUIRED TO COMPLETE A DECLARATION MUST FULLY
AND ACCURATELY COMPLETE THIS FORM LISTING MEDICAL AND OTHER
HEALTH CARE PROVIDERS AND OTHER SOURCES OF INFORMATION AS
REQUESTED.

A.    Identify your current primary care physician(s):

_____
Name

_____
Street Address

_____
City, State, Zip Code

B.    Identify each of your primary care physicians for the 20 years prior to your use of
Aredia® and/or Zometa® through the present.

3.    _____
Name

_____
Last known address

_____
Approximate dates physician was primary care physician for you

4.    _____
Name

_____
Last known address

_____
Approximate dates physician was primary care physician for you

5.    _____
Name

_____
Last known address

_____
Approximate dates physician was primary care physician for you

**[Attach additional sheets if necessary.]**

C.    Identify each dentist, oral and maxillofacial surgeon, orthodontist, periodontist, or
other health care provider involved in providing dental care or treatment who has

44

ever seen or treated you.

1. 
_____
Name

_____
Last known address

_____
Specialty

_____
Approximate dates of treatment

2. 
_____
Name

_____
Last known address

_____
Specialty

_____
Approximate dates of treatment

3. 
_____
Name

_____
Last known address

_____
Specialty

_____
Approximate dates of treatment

**[Attach additional sheets if necessary.]**

D.  Identify each oncologist or other health care provider involved in the treatment and medical care for cancer, or the underlying illness for which you took Aredia® and/or Zometa®, whom has ever seen or treated you.

1. 
_____
Name

_____
Last known address

_____
Specialty

_____
Approximate dates of treatment

2. 
_____
Name

_____
Last known address

_____
Specialty

_____
Approximate dates of treatment

3. _____
   Name

   _____
   Last known address

   _____
   Specialty

   _____
   Approximate dates of treatment
   **[Attach additional sheets if necessary.]**

F.  Identify each hospital or healthcare facility where you have received treatment
    (including, but not limited to outpatient treatment or treatment in an emergency
    room) during the 20 years prior to your treatment with Aredia® and/or Zometa®
    through the present.
    1. _____
       Name

       _____
       Address

       _____
       Approximate dates of treatment
    2. _____
       Name

       _____
       Address

       _____
       Approximate dates of treatment
    3. _____
       Name

       _____
       Address

       _____
       Approximate dates of treatment
    **[Attach additional sheets if necessary.]**

G.  Identify each other physician, dentist or healthcare practitioner whom you have
    seen or are currently seeing for examination evaluation, diagnosis or treatment of
    any condition, injury, physical infirmity, disability, sickness, ailment, or
    affliction.
    1. _____
       Name

       _____
       Address

       _____
       Specialty

       _____
       Approximate dates of treatment

46

2. _____
   Name

   _____
   Address

   _____
   Specialty

   _____
   Approximate dates of treatment

3. _____
   Name

   _____
   Address

   _____
   Specialty

   _____
   Approximate dates of treatment

**[Attach additional sheets if necessary.]**

H. Identify each pharmacy, drugstore or place where you have had prescriptions filled during the 20 years prior to your use of Aredia® and/or Zometa® through the present.

1. _____
   Name

   _____
   Address

   _____
   Approximate dates

2. _____
   Name

   _____
   Address

   _____
   Approximate dates

3. _____
   Name

   _____
   Address

   _____
   Approximate dates

**[Attach additional sheets if necessary.]**

I. Identify each psychiatrist, psychologist, mental health counselor, therapist and/or social worker from whom you have received treatment or with whom you have consulted regarding your health during the 20 years prior to your use of Aredia® and/or Zometa®, or other bisphosphonates through the present:

47

1. _____
   Name

   _____
   Address

   _____
   Specialty

   _____
   Approximate dates of treatment

2. _____
   Name

   _____
   Address

   _____
   Specialty

   _____
   Approximate dates of treatment

3. _____
   Name

   _____
   Address

   _____
   Specialty

   _____
   Approximate dates of treatment

**[Attach additional sheets if necessary.]**

J. If you have submitted a claim for social security disability benefits in the 20 years prior to your use of Aredia® and/or Zometa® through the present, state the name and address of the office most likely to have records concerning your claim.

_____
Name

_____
Address

_____
Approximate date(s) of claim(s) submitted
**[Attach additional sheets if necessary.]**

K. If you have submitted a claim for workers compensation in the 20 years prior to your use of Aredia® and/or Zometa® through the present, state the name and address of the office which is most likely to have records concerning your claim.

_____
Name

_____
Address

_____
Approximate date(s) of claim(s) submitted
**[Attach additional sheets if necessary.]**

48