UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In Re:                            )
                                  )
AREDIA and ZOMETA PRODUCTS        )    No. 3:06-MDL-01760
LIABILITY LITIGATION              )    Judge Campbell/Brown
(MDL No. 1760)                    )
                                  )
This Document Relates to          )
All Cases                         )

**O R D E R**

A lengthy telephone conference was held with the parties
in this matter on **August 22, 2006**.  The conference was necessitated
because the parties were unable to agree on Plaintiffs' Fact Sheet
("PFS") questionnaire.   The Magistrate Judge has reviewed both
parties' submissions and is not particularly enthused about either.
The Defendant's is far too long and repetitive.   The question only
needs to be asked once, not multiple times.   The Plaintiffs, on the
other hand, are a bit stingy with the information they wish to
provide.  Consequently, the Magistrate Judge has not adopted either
party's submission, but has gone through the Defendant's submission
and eliminated some questions, reworded others, and retained
others.  A copy of the revised and approved PFS is attached to this
Order.   The Magistrate Judge feels that this is a balanced
questionnaire which will give the Defendants a basis for beginning
their defense of this matter.   Both parties agreed on the release
forms.   The release forms submitted by the Defendant in Docket
Entry 105, Attachment 2, are approved.

The parties need to keep in mind that questionnaires such
as this have to be filled out initially by lay people.

Additionally, in this case, many of the Plaintiffs are quite ill or have since died and their cases are being handled by their personal representatives. This is why the Magistrate Judge has tried to reduce the legal jargon in many cases into plain English.

The Magistrate Judge hopes that the parties will keep this in mind in future discussions

The original Scheduling Order (Docket Entry 89, § (X)(B)) provides the PFS should be returned within forty-five (45) days of service of the PFS. Because of the delay in this matter, the time for responding is shortened to forty (40) days.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2

**IN THE UNITED STATES DISTRICT COURᴛ FOR**
**THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| _____ ) | **No. 3:06-MD-1760** |
| ) | |
| **IN RE: AREDIA® AND ZOMETA®** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **JUDGE CAMPBELL** |
| **(MDL No. 1760)** ) | |
| ) | **MAGISTRATE JUDGE BROWN** |
| **This Document Relates To:** ) | |
| **ALL CASES** ) | |
| _____ ) | |

### PLAINTIFF'S FACT SHEET

Please provide the following information regarding yourself or each individual on whose behalf a personal injury or dental or other monitoring claim is being made.  Each question must be answered in full.  If you do not know or cannot recall the information needed to answer a question, please indicate that in response to the question.  Do not leave any questions unanswered or blank.

In filling out this form, please use the following definitions:

(1)     "**health care provider**" or "**health care practitioner**" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dental, oral, psychiatric, mental, emotional or psychological care or advice, and any doctor, physician, surgeon, oncologist, radiologist, dentist, oral and maxillofacial surgeon, pathologist, oral pathologist, natural health provider, homeopath, osteopath, chiropractor, paramedic, nurse (registered or otherwise), physiotherapist, psychologist, psychiatrist, therapist, or any other person practicing any healing art, or performing any physical, dental, oral, radiological, or mental evaluation or examination or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you;

(2)     "**document**" means any writing or record of every type that is in your possession or the possession of your counsel, including but not limited to written documents, e-mails, cassettes, videotapes, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, phonorecords, nonidentical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

You may attach as many sheets of paper as necessary to fully answer these questions.  If you have any documents (as defined above), including, but not limited to, packaging, instructions, or other materials or items that you are requested to produce in response to questions in this fact sheet or that relate to Aredia®, Zometa®, or other bisphosphonate-containing products or medications you allegedly took, or to the incident, injuries, claims or damages that are the subject of your complaint, **you must NOT** dispose of, alter or modify these

Case 3:06-md-01760   Document 113   Filed 08/31/06   Page 3 of 33 PageID #: 1451

documents or materials in any way. You are also required to give all of these documents and materials to your attorney as soon as possible. If you are unclear about these obligations, please contact your attorney.

I.      CASE INFORMATION
        A.      Please state the following for the civil action which you filed:

                1.      Case Name: _____
                2.      Civil Action No. in the United States District Court for the Middle District
                        of Tennessee: _____
                3.      Name of court where the civil action was originally filed and Civil Action
                        No. in that court: _____
                4.      Please provide the following for the principal attorney representing you.

                        _____
                        Attorney Name

                        _____
                        Firm

                        _____
                        Address

                        _____
                        Telephone Number            Fax Number

                        _____
                        E-mail Address

        B.      If you are completing this questionnaire on behalf of someone else (*e.g.*, a
                deceased person, an incapacitated person), please complete the following:

                        _____
                        Your Name

                        _____
                        Address

                        _____
                        Telephone number            Fax Number
                        In what capacity are you representing the individual? _____

                        _____
                        If you were appointed by a court, please provide a copy of the order of
                        appointment and state the:

                        _____
                        Court                       Date of Appointment
                        Your relationship to the deceased or represented person: _____

                        _____
                        If you represent a decedent's estate, state the date of the decedent's death:
                        _____

[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on behalf of the person who used Aredia® and/or Zometa®. Those questions using the term "You" refer to the person who used these medications or products. If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.]

2

II.     PERSONAL INFORMATION

    A.    Last name: _____

            First name: _____

            Middle name or initial: _____

            Maiden name (if any): _____

            Other names by which you have been known (from prior marriages or otherwise, if any): _____

    B.    Gender:    Male _____    Female _____

    C.    Social Security number: _____

    D.    Driver's license number: _____

            State of issuance: _____

    E.    Date and place of birth: _____

    F.    Racial/ethnic background: _____

    G.    Phone number: _____

    H.    Present home address: _____

            1.    How long have you lived at this address? _____

            2.    Who has lived at this address with you and when? _____

    I.    Identify each prior home address where you have lived during the last twenty (20) years, including time periods of residence and persons, if any, who lived with you at each address and when:

| Prior Address | Dates You Lived At Address | Persons, If Any, Who Lived With You At Address And When |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

            Current or most recent employer:

    J.

            _____
            Name

            _____
            Address

            _____
            Phone number

            _____
            Dates of employment

Occupation
_____

Description of responsibilities

K.      All former employers in the past twenty (20) years (including military and self-employment):
_____
Name
_____
Address
_____
Phone number
_____
Dates of employment
_____
Occupation
_____
Description of responsibilities
**[Attach additional sheets as necessary with the same information for any additional former employers.]**

L.      Have you ever served in any branch of the military?
Yes _____     No _____
**If yes**, answer the following questions:
1.      Branch and dates of service: _____
_____

2.      Have you been discharged from such service?
Yes _____     No _____
a.      **If yes**, did you receive an honorable discharge?
Yes _____     No _____
b.      Were you discharged for any reason relating to your medical, physical, psychiatric or emotional condition?
Yes _____     No _____
**If yes**, state what that condition was and who diagnosed it. _____
_____

3.      Have you ever served overseas?
Yes _____     No _____
**If yes**, state the location(s) and date(s). _____
_____

M.      Have you ever been rejected from military service for any reason relating to your health or physical condition?
Yes _____     No _____
**If yes**, describe in detail the reason(s) you were rejected from military service. ___
_____

4

N. Have you ever filed a worker's compensation claim?

    Yes \_\_\_\_\_    No \_\_\_\_\_

    **If yes**, please state:

    1.    Date the claim was filed: _____

    2.    Where the claim was filed: _____

    3.    With whom the claim was filed: _____

    4.    The claim/docket number, if applicable: _____

    5.    Nature of the injury or disability claimed: _____

        _____

    6.    Was compensation awarded? _____

        a.    **If yes**, what was the payment period or period of disability? \_\_\_\_\_

            _____

        b.    Identify the name, address, telephone number and specialty of the doctors who evaluated you in connection with the claim/disability.

            _____

            _____

            _____

    **[Attach additional sheets as necessary to describe all claims.]**

O. Have you ever filed a Social Security disability claim?

    Yes \_\_\_\_\_    No \_\_\_\_\_

    **If yes**, please state:

    1.    Date the claim was filed: _____

    2.    Where the claim was filed: _____

    3.    With whom the claim was filed: _____

    4.    Nature of the injury or disability claimed: _____

        _____

    5.    Was disability awarded? _____

        a.    **If yes**, what was the payment and period of disability? _____

            _____

        b.    Identify the name, address, telephone number and specialty of the doctors who evaluated you in connection with the claim/disability.

            _____

            _____

            _____

    **[Attach additional sheets as necessary to describe all claims.]**

P. Have you ever filed any other type of disability claim?

    Yes \_\_\_\_\_    No \_\_\_\_\_

    **If yes**, please state:

    1.    Date the claim was filed: _____

    2.    Where the claim was filed: _____

    3.    Name of the insurer/employer or other party to whom the claim was made:

        _____

    4.    Nature of the injury or disability claimed: _____

        _____

5. Was disability awarded? _____
    a.    **If yes**, what was the payment and period of disability? _____
        _____

    b.    Identify the name, address, telephone number and specialty of the doctors who evaluated you in connection with the claim/disability.

        _____
        _____
        _____

        **[Attach additional sheets as necessary to describe all claims.]**

Q. Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?
Yes _____     No _____
**If yes**, please state when, the name of the company and the company's stated reason(s) for denial. _____
_____
_____


R. Have you ever been denied medical insurance?
Yes _____     No _____
**If yes**, please state when, the name of the company and the company's stated reason(s) for denial. _____
_____
_____


S. Have you ever brought a lawsuit against anyone aside from the present suit?
Yes _____     No _____
**If yes**, for each such lawsuit, state (1) the court in which such lawsuit was filed, (2) the case name, (3) the names of the adverse parties, (4) the civil action or docket number assigned to the lawsuit, (5) a description of your claims in the lawsuit, and (6) whether the lawsuit has been resolved and if so, how it was resolved.
_____
_____
_____


T. Have you ever made any other type of legal claim?
Yes _____     No _____

**If yes**, for each such legal claim, state (1) where the claim was filed (2) to whom the claim was submitted, if it was not filed (3) the caption or name of the claim, if any, (4) the names of the adverse parties, (5) the civil action or docket number assigned to the claim, if any, (6) a description of your claim, and (7) whether the claim has been resolved and if so, how it was resolved. _____

_____

_____

_____

U.    Have you been convicted of a felony?

Yes _____    No _____

**If yes**, please identify the felony for which you were convicted, (1) when you were convicted, (2) where you were convicted, (3) whether you were incarcerated, and if so, for how long you were incarcerated. _____

_____

_____

_____

_____

V.    Has any insurance or other company provided medical coverage to you (either directly or through a group or employer) for the period beginning twenty (20) years before your alleged injury through the present?

Yes _____    No _____

**If yes**, then as to each such company, separately state:

1.    Name of the company: _____

2.    Address of the company: _____

        _____

3.    The account/policy number or designation: _____

4.    Dates of coverage: _____

W.    Have you ever missed work for more than thirty (30) days for reasons related to your health?

Yes _____    No _____

**If yes**, please state the dates, employer and health condition. _____

_____

_____

_____

III.    EDUCATIONAL HISTORY

Identify each school, college, university and other educational institution you have attended, the dates of attendance, courses of study pursued and diplomas or degrees awarded. _____

_____

_____

_____

**[Attach additional sheets as necessary.]**

IV.    FAMILY INFORMATION
    A.    Have you ever been married?
          Yes _____    No _____

    B.    **If yes**, for each spouse/former spouse state:
          1.    Spouse's name: _____
          2.    Dates of marriage: _____
          3.    Spouse's date of birth: _____
          4.    Spouse's occupation: _____
          5.    Spouse's address and phone number: _____
                _____
          6.    If applicable, why did the marriage end (*e.g.,* divorce, death)? _____
                _____
          7.    If applicable, the date the marriage ended: ____
                _____

    C.    Has anyone filed a loss of consortium claim in connection with your lawsuit
          regarding Aredia® and/or Zometa®?
          Yes _____    No _____
          **If yes**, identify who filed the loss of consortium claim. _____

    D.    Please provide the following information for your grandparents, parents, siblings
          and children:

| Name | Relationship to You | Date of Birth | Date of Death (if applicable) | Cause of Death (if applicable) | Occupation |
|------|---------------------|---------------|-------------------------------|--------------------------------|------------|
|      |                     |               |                               |                                |            |
|      |                     |               |                               |                                |            |
|      |                     |               |                               |                                |            |
|      |                     |               |                               |                                |            |
|      |                     |               |                               |                                |            |
|      |                     |               |                               |                                |            |

V.    CANCER BACKGROUND

    A.    Have you ever been diagnosed with cancer?
          Yes _____    No _____

    **If yes**:

          1.    When were you <u>first</u> diagnosed with cancer? _____
          2.    What type of cancer was it? _____
                _____

    B.    Have you been diagnosed with cancer at any time since your first cancer

diagnosis (described above)?
Yes _____     No _____

**If yes**, please answer the following questions for EACH subsequent diagnosis:  **[Attach additional pages as necessary]**

1.    When were you diagnosed? _____
_____

2.    What type of cancer was it? _____
_____

3.    Was the cancer a recurrence of a prior cancer?
Yes _____     No _____

C.    Please ensure that all of your diagnosing and treating physicians related to questions V (A) and (B), as well as their current contact information, are listed in the List of Medical and Other Health Care Providers section of this packet (Pages 27-31).

D.    Have you ever experienced any of the following:

|  | Yes | No | Don't Know |
|---|---|---|---|
| Hypercalcemia? | | | |
| Spinal cord compression? | | | |
| Fractures or breaks of bones? | | | |
| Surgery or radiation to the bones in your body? | | | |
| Pain, ache or discomfort in your bones? | | | |

E.    If you answered "**yes**" to any of the conditions listed above, for each such condition:  **[Attach additional pages as necessary]**

8.    Please describe the condition and/or injury, including approximate dates.
_____
_____
_____
_____

9.    Please ensure that all of your diagnosing and treating physicians related to questions V (D) and (E), as well as their current contact information, are listed in the List of Medical and Other Health Care Providers section of this packet (Pages 27-31).

VI.    DENTAL BACKGROUND

9

A.     On average, during the twenty (20) year period BEFORE you used the drug(s) involved in this lawsuit, did you:

     1.     Brush your teeth per week? _____
     2.     Floss your teeth per week? _____
     3.     See a dentist for routine check-ups, examinations or teeth cleaning? _____
           _____

B.     On average, during the period AFTER you used the drug(s) involved in this lawsuit to the present, do you:

     1.     Brush your teeth per week? _____
     2.     Floss your teeth per week? _____
     3.     See a dentist for routine check-ups, examinations or teeth cleaning? _____
           _____

C.     Please describe the general condition of your teeth BEFORE you used the drug(s) involved in this lawsuit, including any missing, loose or extracted teeth, dental implants, dentures, bridges or other artificial fixtures, dental prosthodontics or orthodontia (including but not limited to, braces) or mouth guard usage.

       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____

D.     Please describe the general condition of your teeth AFTER you used the drug(s) involved in this lawsuit, including any missing, loose, or extracted teeth, dental implants, dentures, bridges or other artificial fixtures, dental prosthodontics or orthodontia (including but not limited to, braces) or mouth guard usage.

       _____
       _____
       _____
       _____
       _____
       _____

_____
_____
_____

E. At any time BEFORE the injury that you allege you have suffered occurred, had you ever experienced or been diagnosed with any of the following conditions:

| | Yes | No | Don't Know |
|---|---|---|---|
| Osteonecrosis of the jaw | | | |
| Osteomyelitis | | | |
| Infection in the mouth | | | |
| Sinus infection | | | |
| Bone spurs in the mouth | | | |
| Exposed bone in the mouth | | | |
| Tooth decay | | | |
| Poor healing of infections in the mouth | | | |
| Gum disease or infection | | | |
| Periodontal disease | | | |
| Bleeding gums | | | |
| Grinding of the teeth | | | |
| Temporomandibular joint [TMJ] problems | | | |
| Dental pain | | | |
| Abscesses | | | |
| Lesions in the mouth | | | |
| Cancer of the mouth | | | |
| Herpes [in or around the mouth] | | | |
| Lockjaw | | | |
| Mandibular exostosis (bony outgrowth) | | | |
| Pain (persistent or otherwise) in the mouth or jaw | | | |
| Swelling in the mouth or jaw | | | |
| Non-healing sore in the mouth or jaw | | | |
| Draining fistula | | | |
| Numbness of the lip, chin, mouth or jaw | | | |
| "Heaviness" of the jaw | | | |
| Burning or tingling in the jaw | | | |
| Limited range of motion in the jaw | | | |
| Edentulous (toothless) regions in the mouth | | | |

H. Please ensure that all of your dentists, oral and maxillofacial surgeons, orthodontists, periodontists, or other health care providers involved in providing dental care or treatment in the past twenty (20) years, along with their current contact information, are listed in the List of Medical and Other Health Care

Providers section of this packet (Pages 27-31).

VII. OTHER MEDICAL BACKGROUND AND INFORMATION
   A. To the best of your knowledge, did you use or take any of the following medications or substances BEFORE the injury that you allege you suffered occurred? *If yes*, please provide the first and last date on which you took the medication or substance. *If you do not know* if you have used or taken any of *the following medications or substances BEFORE the injury that you allege you suffered, write UNKNOWN in the Yes No boxes.*

| | | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|---|
| 1. | Corticosteroids | | | | |
| | a. Dexamethasone (Decadron) | | | | |
| | b. Prednisone, methyl prednisone | | | | |
| | c. Glucocorticosteroids | | | | |
| | d. Other corticosteroids | | | | |
| 2. | Dental Anesthesia [including, but not limited to, Novocaine] | | | | |
| 3. | Radiation Therapy | | | | |
| 4. | Chemotherapy | | | | |
| | a. 5-Fluorouracil (5-Fu, Adrucil) (IV) | | | | |
| | b. Capecitabine (Xeloda) (oral) | | | | |
| | c. Anthracyclines i. Doxorubicin (Adriamycin) | | | | |
| | ii. Epirubicin (Ellence) | | | | |
| | iii. EC (Doxorubicin Epirubicin/ cyclophosphamide) | | | | |
| | iv. Mitoxantrone (Novantrone) | | | | |
| | d. Bortezomib (Velcade) | | | | |
| | e. Busulfan (Myleran, Busulfex) | | | | |
| | f. Cyclophosphamide (Cytoxan) | | | | |
| | g. "CMF therapy" (chemotherapy using the drugs Cyclophosphamide, Methotrexate (Amethopterin, Mexate, Folex, Rheumatrex, Trexall) and 5-Fluorouracil) | | | | |
| | h. Dolasetron (Anzemet) (anti-nausea) | | | | |
| | i. Estramustine (Emcyt, Estracyte) | | | | |
| | j. Flutamide (Eulexin, Euflex) | | | | |
| | k. Gemcitabine (Gemzar) | | | | |
| | l. Interferon | | | | |

Case 3:06-md-01760   Document 113   Filed 08/31/06   Page 14 of 33 PageID #: 1462

| | | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|---|
| m. | Melphalan (Alkeran, L-PAM) | | | | |
| n. | Thalidomide (Thalomid) | | | | |
| o. | Vincristine (Oncovin, Vincasar PFS) | | | | |
| p. | VAD (Vincristine, Adriamycin, Dexamethasone, cyclophosphamide) | | | | |
| q. | Vinorelbine (Navelbine) | | | | |
| 5. | Hormonal Therapy (including, but not limited to, anti-estrogens, aromatase inhibitors, and anti-androgens/androgen deprivation therapy) | | | | |
| a. | Anastrozole (Arimidex) | | | | |
| b. | Bicalutamide (Casodex) | | | | |
| c. | Estradiol (Estrace, Climara, Estraderm) | | | | |
| d. | Exemestane (Aromasin) | | | | |
| e. | Flutamide (Eulexin, Euflex) | | | | |
| f. | Fulvestrant (Faslodex) | | | | |
| g. | Goserelin acetate (Zoladex) | | | | |
| h. | Letrazole (Femara) | | | | |
| i. | Leuprolide (Lupron, Eligard) | | | | |
| j. | Megestrol (Megace) | | | | |
| k. | Nilutamide (Nilandron) | | | | |
| l. | Taxanes<br>i. Docetaxel (Taxotere)<br>ii. Paclitaxel (Taxol, Abraxane) | | | | |
| m. | Tamoxifen (Nolvadex) | | | | |
| n. | Toremifene (Fareston) | | | | |
| o. | Trastuzumab (Herceptin) | | | | |
| 6. | Blood Pressure (hypertension) Medication<br>a. Amlodipine (Norvasc) | | | | |
| b. | Bendrofluazide (Aprinox) | | | | |
| c. | Diltiazem (Cardizem, Dilacor, Tiazac) | | | | |
| d. | Perindopril (Aceon) | | | | |
| e. | Verapamil (Calan, Verelan, Verelan PM, Isoptin, Covera-HS) | | | | |
| f. | Other (describe: _____ ) | | | | |

| | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|
| 7. Cholesterol-lowering Medication<br>    a. Atorvastatin (Lipitor) | | | | |
|    b. Simvastatin (Zocor) | | | | |
|    c. Other<br>       (describe:<br>       _____) | | | | |
| 8. Celecoxib (Celebrex) | | | | |
| 9. Diphenhydramine (Benadryl) | | | | |
| 10. Dutasteride (Avodart) | | | | |
| 11. Esomeprazole (Nexium) | | | | |
| 12. Ferrous Sulfate | | | | |
| 13. Hydroxychloroquine (Plaquenil) | | | | |
| 14. Isotretinoin (Accutane) | | | | |
| 15. Itraconazole (Sporanox) | | | | |
| 16. Leflunomide (Arava) | | | | |
| 17. Metformin (Glucophage) | | | | |
| 18. Morphine | | | | |
| 19. Omeprazole (Prilosec, Losec, Rapinex) | | | | |
| 20. Ranitidine (Zantac) | | | | |
| 21. Rosiglitazone (Avandia) | | | | |
| 22. Sertraline (Zoloft, Sertralin, Lustral, other) | | | | |
| 23. Sulfamethoxazole (Gantanol) | | | | |
| 24. Tramadol (Ultram) | | | | |
| 25. Trimethoprim (Bactrim) | | | | |
| 26. Warfarin (Coumadin, Marevan) | | | | |
| 27. Antidepressants | | | | |
| 28. Psychiatric Medications | | | | |
| 29. Cocaine/Crack Cocaine | | | | |
| 30. Heroin or Methadone | | | | |
| 31. Marijuana or Hashish | | | | |
| 32. LSD, Ecstasy, ICE, PCP | | | | |
| 33. Amphetamines | | | | |
| 34. Inhaled Nonprescription Substances (*e.g.*, inhalation<br>    of glue or toluene) | | | | |
| 35. Dietary Supplements, Vitamins | | | | |

| | Yes | No | Date First Taken | Date Last Taken |
|---|---|---|---|---|
| 36. Herbal Products (describe:_____) | | | | |

B. Have you regularly taken any other prescription medicines in the last 10 years?
Yes _____  No _____
**If yes**, please list the medications, the first and last dates of ingestion, and reasons for taking each. _____
_____
_____
_____
_____

C. Have you participated in any clinical trials or taken any experimental drugs?
Yes _____  No _____
**If yes**, please indicate when you participated in such trials, where the trials took place, which drugs you took, and for what condition you took such drugs.
_____
_____
_____
_____
_____
_____

D. Smoking History
1. Have you ever smoked cigarettes?
Yes _____  No _____  **If no, skip to D.4.**
2. Do you currently smoke cigarettes?
Yes _____  No _____
a. **If yes**, state amount smoked: ____ packs per day for ____ years of the following brands of cigarettes: _____
_____
b. **If no**, state date on which smoking ceased _____ and state amount smoked: _____ packs per day for _____ years of the following brands of cigarettes: _____
_____
3. At the time that you sustained the injuries alleged in the Complaint, did you smoke cigarettes?
Yes _____  No _____
**If yes**, state amount smoked: _____ packs per day for _____ years prior to date of the injury.

15

4. Have you ever smoked cigars or pipe tobacco?
Yes _____ No _____ **If no, skip to D.7.**
5. Do you currently smoke cigars or pipe tobacco?
Yes _____ No _____
    c. **If yes**, state amount smoked: _____ cigars/pipes per day for _____ years.
    d. **If no**, state date on which smoking ceased _____ and state amount smoked: _____ cigars/pipes per day for _____ years.
6. At the time that you sustained the injuries alleged in the Complaint, were you a smoker of cigars or pipe tobacco?
Yes _____ No _____
**If yes**, state amount smoked: _____ cigars/pipes per day for _____ years prior to date of the injury.
7. Have you ever dipped snuff/chewed tobacco?
Yes _____ No _____
    e. **If yes**, state amount dipped/chewed: _____ cans/plugs per day for _____ years.
    f. **If no**, state date on which dipping/chewing ceased _____ and state amount dipped/chewed: _____ cans/plugs per day for _____ years.

E. Drinking History
1. Do you currently drink alcohol (beer, wine, whiskey, etc.)?
Yes _____ No _____
**If yes**, check which represents your current alcohol consumption
_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (Describe: _____)
2. Have you ever drunk alcohol (beer, wine, whiskey, etc.)?
Yes _____ No _____
**If yes**, please check which represents your greatest alcohol consumption over an extended (six (6) months or greater) period within the last 20 years?
_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (Describe: _____)
    When was this period? _____
3. Check which represents your weekly alcohol consumption during the period you commenced taking you first used the used the drug(s) you allege caused your injury in this case through the onset of your alleged injury.
_____ 0 drinks per week
_____ 1-5 drinks per week

_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (Describe: _____ )

F.      Have you ever experienced or been diagnosed or treated for any of the following:

| | | Yes | No | Don't Know |
|---|---|---|---|---|
| 1. | Necrosis, avascular necrosis, or osteonecrosis in any part of the body | | | |
| 2. | Osteomyelitis | | | |
| 3. | Diseases of the jaw or oral cavity | | | |
| 4. | Osteoporosis | | | |
| 5. | Paget's disease | | | |
| 6. | Pancytopenia secondary to cancer and/or cancer treatment | | | |
| 7. | Sickle cell disease | | | |
| 8. | Gaucher's disease | | | |
| 9. | Leiden mutation of the factor V gene | | | |
| 10. | Coagulation or clotting abnormalities or disorders, such as blood clots or thrombosis | | | |
| 11. | Abnormality of blood vessels or circulatory system | | | |
| 12. | Hyperlipidemia and lipid disorders, such as but not limited to high cholesterol | | | |
| 13. | Autoimmune or connective tissue disorders | | | |
| | a.      Systemic lupus erythematosus | | | |
| | b.      Rheumatoid arthritis | | | |
| | c.      Vasculitis | | | |
| | d.      Other (describe: _____ ) | | | |
| 14. | Other rheumatological condition (describe: _____ ) | | | |
| 15. | Acquired Immunodeficiency Disease Syndrome (AIDS) or HIV | | | |
| 16. | Vascular insufficiency | | | |
| 17. | Renal transplant/disease | | | |
| | a.      Renal impairment | | | |
| | b.      Renal disease | | | |
| 18. | Caisson's disease/barotrauma | | | |
| 19. | Pancreatitis | | | |
| 20. | High blood pressure or hypertension | | | |
| 21. | Arterial disease | | | |
| 22. | Peripheral vascular disease | | | |
| 23. | Infection | | | |
| 24. | Diabetes Mellitus | | | |

17

| | | Yes | No | Don't Know |
|---|---|---|---|---|
| 25. | Fungal infections (including, but not limited to, Aspergillis fungus) | | | |
| 26. | Fibrous Dysplagia | | | |
| 27. | Secondary hyperparathyroidism/hypocalcemia | | | |
| 28. | Local ischemia | | | |
| 29. | Hypoproteinemia | | | |
| 30. | Hyperviscosity syndrome | | | |
| 31. | Anemia or leucopenia | | | |
| 32. | Thrombocytopenia | | | |
| 33. | Thrombophilia or hypofibrinolysis | | | |
| 34. | Asthma | | | |
| 35. | Blood disorders or dyscrasias | | | |
| 36. | Persistence of low serum calcium levels (hypocalcemia) | | | |
| 37. | Persistence of high serum parathyroid levels (hyperparathyroidism) | | | |

G.    If you responded "**yes**" to any of the above, please identify the condition and the date of onset:  **[Attach additional sheets as necessary until all listed conditions have been described.]**  Additionally, please ensure that all of your diagnosing and treating physicians related to questions VII (A), (B), and (F), as well as their current contact information, are listed in the List of Medical and Other Health Care Providers section of this packet (Pages 27-31).

1.    Condition: _____
      Date of onset: _____

2.    Condition: _____
      Date of onset: _____

3.    Condition: _____
      Date of onset: _____

H.    Have you experienced or been treated for any psychological, psychiatric, or emotional problems (including depression) in the past twenty (20) years?

**If yes**, please provide the following information for each condition:
1.    Describe the symptoms experienced. _____
      _____

2.    Describe the condition treated. _____
      _____

18

3.     Please ensure that all of your diagnosing and treating physicians, as well as any facilities or hospitals where treatment was provided, related to question VII (H),are listed in the List of Medical and Other Health Care Providers section of this packet (Pages 27-31).

I.     Have you ever suffered any traumatic injury to your head neck, mouth or jaw?

Yes _____     No _____

If yes, please state:

1.     When the injury occurred:

2.     The nature of the injury, including what body part was injured.

_____

_____

_____

3.     Please ensure that all of your diagnosing and treating physcians, as well as any facilities or hospitals where treatment was provided, along with their current contact information,  related to question VII (I) are listed in the List of Medical and Other Health Care Providers section of this packet (Pages 27-31).

19

J. To the best of your knowledge, state whether you underwent any of the following tests, procedures, or surgeries BEFORE the injury you allege you suffered occurred.

| | Yes | No | Don't Know |
|---|---|---|---|
| 1. Skeletal bone scan (scintigraphy), Dual Energy X-Ray Absorptiometry (DEXA) scan, or nuclear medicine imaging | | | |
| 2. Dental x-rays, panorexes, or other dental imaging | | | |
| 3. Echocardiogram | | | |
| 4. Electrocardiogram | | | |
| 5. Electroencephalogram | | | |
| 6. Magnetoencephalography | | | |
| 7. Arteriogram or angiogram | | | |
| 8. MRI (including functional MRI, or MRI spectroscopy), CT or CTA scans or x-ray | | | |
| 9. MRA (magnetic resonance angiography) | | | |
| 10. Doppler scans | | | |
| 11. Ultrasound | | | |
| 12. PET scans | | | |
| 13. Biopsies | | | |
| 14. Interventional radiology procedure images, such as organ procedures or vascular interventional radiology procedures | | | |
| 15. Other diagnostic test or imaging of the mouth or jaw | | | |
| 16. Stem cell or organ transplant | | | |
| 17. Prehematopoietic stem cell transplantation | | | |
| 18. Vascular surgery | | | |
| 19. Any other surgery (describe):_____ | | | |

L. Please ensure that all of your diagnosing and treating physicans, as well as any facilities or hospitals where treatment was provided, related to question VII (J) are listed in the List of Medical and Other Health Care Providers section of this packet (Pages 27-31).

VIII. AREDIA®, ZOMETA®, AND OTHER BISPHOSPHONATE USE
A. Identify which of the following medications you have taken:

20

|  | Yes | No | Don't Know |
|---|---|---|---|
| Aredia®: |  |  |  |
| Zometa®: |  |  |  |
| Fosamax®: |  |  |  |
| Actonel®: |  |  |  |
| Boniva®: |  |  |  |
| Didronel®: |  |  |  |
| Skelid®: |  |  |  |
| Ostac®: |  |  |  |
| Bonefos®: |  |  |  |

B.    Complete the following information for each drug identified above:

| Dates of Use of Drug | Dosage | Physician Who Prescribed | Address of Prescribing Physician | Condition(s) Treated | Name and Street Address of Location Where Drug Was Infused, Injected or Taken |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

C.    For what disease or condition were you prescribed each of the medications identified in sections (A) and (B) above:

    1.    Injury, illness, or disability: _____

    2.    Date(s) of onset: _____

    3.    Date(s) of diagnosis: _____

    4.    Please provide the name, address, telephone number and specialty of the person by whom the injury, illness or disability was first diagnosed. _____

        _____

        _____

        _____

    5.    List the treatment (surgery, medications taken or prescribed) for the injury, illness or disability. _____

        _____

D.    At the time you first began taking Aredia®, Zometa®, or other bisphosphonates did you suffer from any other physical injuries,

illnesses or disabilities other than the disease or condition identified in VII above?

Yes _____  No _____

**If yes**, identify the injury, illness, or disability, symptoms, date(s) of onset and dates(s) of diagnosis

1.     Injury, illness, or disability: _____

     _____

2.     Symptom(s): _____

3.     Date(s) of onset: _____

4.     Date(s) of diagnosis: _____

5.     Please provide the name, address, telephone number and specialty of the person by whom the injury, illness or disability was first diagnosed. _____

     _____
     _____
     _____
     _____

IX.    THE INJURY

A. Please briefly describe the nature of the injuries for which you are seeking compensation **[Attach additional sheets as necessary]**._____

_____
_____
_____
_____
_____
_____
_____
_____

**X.**    DAMAGE CLAIMS

A.    Complete the following information with respect to your employment for ten (10) years prior to your alleged use of Aredia® and/or Zometa® to the present.

22

| Employer | Address | Type of Business/ Position | Dates of Employment | Salary | Overtime | Bonus |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

B.      State the total amount of time which you have lost from work as a result of any condition which you claim or believe was caused by your use of Aredia® and/or Zometa® and the amount of income which you lost.
Total time _____days
Total income lost $ _____

C.      Have you paid or incurred any medical expenses, including amounts billed or paid by insurers and other third party payors, which are related to any condition which you claim or believe was caused by your use of Aredia® and/or Zometa® for which you seek recovery in the action which you have filed?
Yes _____     No _____
**If yes**, please state the total amount of such expenses at this time.
$ _____

D.      If you are making any claims for other out-of-pocket expenses, please complete the following:
1.      For what expenses? _____
2.      Amount of fees or expenses: _____

E.      Please identify all persons who you believe possess information concerning your injury, your current medical condition, the underlying cancer or illness for which you took Aredia® and/or Zometa®, and/or your claims in this case and for each, state their name, address, telephone number and a description of the information you believe they possess.  This does not include any healthcare providers you have listed in response to the List of Medical and Other Health Care Providers section of this packet (Pages 27-31)._____

_____

23

_____
_____
_____
_____
_____

XI.    DOCUMENTS

Please attach the following documents to this declaration, to the extent that such documents are currently in your possession or in the possession of your lawyers.

A.    For each health care practitioner who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental, or mental condition at any time, produce an executed copy of the release form attached to this Plaintiff's Fact Sheet as Ex. A, authorizing NPC to obtain medical records from each health care practitioner.

B.    Produce an additional TEN ORIGINAL SIGNED copies of the release form attached as Ex. A, leaving blank the name to whom the release is directed, authorizing NPC to obtain medical records from each health care practitioner who later becomes known to NPC who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental, or mental condition at any time.

C.    For each hospital, clinic or any other facility at which you have been treated for any medical, dental, or mental condition at any time, produce an executed copy of the release form attached as Ex. A, authorizing NPC to obtain medical records from each such hospital, clinic or any other facility.

D.    Produce an additional TEN ORIGINAL SIGNED copies of the release form attached as Ex. A, leaving blank the name to whom the release is directed, authorizing NPC to obtain medical records from any hospital, clinic or any other facility that later becomes known to NPC and at which you have been treated for any medical, dental or mental condition at any time.

E.    For each health care practitioner, who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental or mental condition at any time, at or in affiliation with a Veteran's Administration facility, produce an executed copy of the release form attached as Ex. B, authorizing NPC to obtain medical records from each health care practitioner.

F.    For each health care practitioner, who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental or mental condition at any time, produce an

24

executed copy of the release form attached as Ex. C, authorizing that person to review your medical records, participate in informal *ex parte* communications with NPC's attorneys, and give testimony regarding your medical condition.

G.      For each psychologist, psychiatrist or other mental health care practitioner who has examined or treated you for any psychological, psychiatric, or emotional injuries, illnesses and/or conditions allegedly suffered as a result of your treatment with Aredia® and/or Zometa®, produce an executed copy of the release form attached as Ex. D, authorizing NPC to obtain your psychotherapy notes generated by any such mental health care practitioner.

H.      If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the years from three (3) years prior to your injury to the present.

I.      Produce executed copies of each of the authorizations, attached as Ex. F, authorizing NPC to obtain your Federal and State income tax returns for each of the years from three (3) years prior to your injury to the present.

J.      Produce executed copies of each of the authorizations, attached as Ex. G, authorizing NPC to obtain your earnings information from the Social Security Administration

K.      For each of your prior employers, produce two executed copies of the release form attached as Ex. H, permitting NPC to obtain your employment records, including W-2 forms.

L.      For your current employer, produce two executed copies of the release form attached as Ex. H, permitting NPC to obtain your employment records, including W-2 forms.

M.      If you have served in the military, produce an executed copy of the release form attached as Ex. I, permitting NPC to obtain your military personnel, service, and health records.

N.      All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, handouts or other materials distributed with or provided to you in connection with your use of Aredia® and/or Zometa®.

O.      Copies of advertisements, videos, written materials or promotions for Aredia® and/or Zometa® which you saw prior to use of the drug(s).

P.      All documents relating to Aredia® and/or Zometa® or any alleged health risks or hazards related to these drugs in your possession at or before the time of the injury alleged in your Complaint.

Q.      All documents you (and not your lawyer) obtained directly or indirectly from NPC.

25

R.    Any diary, calendar or any other writing or recording made by you, describing, discussing, explaining or referring to the injuries, damages, or causes of action alleged by you in the Complaint, not including those items covered by Attorney-Client Privilege.

S.    Any diary, calendar or any other writing or recording made by you, describing, discussing, explaining or referring to the underlying illness or disease for which you received Aredia® and/or Zometa®, not including those items covered by Attorney-Client Privilege.

T.    Copies of all documents you (and not your attorneys) obtained from any source related to Aredia® and/or Zometa® or to the alleged effects of such medications, not including those items covered by Attorney-Client Privilege.

U.    If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider.

V.    Decedent's death certificate (if applicable).

## **DECLARATION**

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part XI of this declaration, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the authorizations attached to this declaration.

_____
Signature/Date

26

**IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF TENESSEE**

**MDL NO. 1760**

LIST OF MEDICAL AND OTHER HEALTH CARE PROVIDERS
AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF WHO IS REQUIRED TO COMPLETE A DECLARATION MUST FULLY AND ACCURATELY COMPLETE THIS FORM LISTING MEDICAL AND OTHER HEALTH CARE PROVIDERS AND OTHER SOURCES OF INFORMATION AS REQUESTED.

    A.    Identify your current primary care physician(s):

_____
Name

_____
Street Address

_____
City, State, Zip Code

    B.    Identify each of your primary care physicians for the 20 years prior to your use of Aredia® and/or Zometa® through the present.

_____
Name

_____
Last known address

_____
Approximate dates physician was primary care physician for you

_____
Name

_____
Last known address

_____
Approximate dates physician was primary care physician for you

_____
Name

_____
Last known address

_____
Approximate dates physician was primary care physician for you

Case 3:06-md-01760   Document 113   Filed 08/31/06   Page 29 of 33 PageID #: 1477

**[Attach additional sheets if necessary.]**

C.    Identify each dentist, oral and maxillofacial surgeon, orthodontist, periodontist, or other health care provider involved in providing dental care or treatment who has ever seen or treated you.

    1.    _____

            Name

            _____

            Last known address

            _____

            Specialty

            _____

            Approximate dates of treatment

    2.    _____

            Name

            _____

            Last known address

            _____

            Specialty

            _____

            Approximate dates of treatment

    3.    _____

            Name

            _____

            Last known address

            _____

            Specialty

            _____

            Approximate dates of treatment

**[Attach additional sheets if necessary.]**

D.    Identify each oncologist or other health care provider involved in the treatment and medical care for cancer, or the underlying illness for which you took Aredia® and/or Zometa®, whom has ever seen or treated you.

    1.    _____

            Name

            _____

            Last known address

            _____

            Specialty

            _____

            Approximate dates of treatment

    2.    _____

            Name

            _____

            Last known address

            _____

            Specialty

28

Approximate dates of treatment

3. _____

Name
_____

Last known address
_____

Specialty
_____

Approximate dates of treatment

**[Attach additional sheets if necessary.]**

F.    Identify each hospital or healthcare facility where you have received treatment (including, but not limited to outpatient treatment or treatment in an emergency room) during the 20 years prior to your treatment with Aredia® and/or Zometa® through the present.

1. _____

Name
_____

Address
_____

Approximate dates of treatment

2. _____

Name
_____

Address
_____

Approximate dates of treatment

3. _____

Name
_____

Address
_____

Approximate dates of treatment

**[Attach additional sheets if necessary.]**

G.    Identify each other physician, dentist or healthcare practitioner whom you have seen or are currently seeing for examination evaluation, diagnosis or treatment of any condition, injury, physical infirmity, disability, sickness, ailment, or affliction.

1. _____

Name
_____

Address
_____

Specialty
_____

Approximate dates of treatment

2. _____

Name

29

_____
Address

_____
Specialty

_____
Approximate dates of treatment

3.  _____
Name

_____
Address

_____
Specialty

_____
Approximate dates of treatment

**[Attach additional sheets if necessary.]**

H.  Identify each pharmacy, drugstore or place where you have had prescriptions filled during the 20 years prior to your use of Aredia® and/or Zometa® through the present.

1.  _____
Name

_____
Address

_____
Approximate dates

2.  _____
Name

_____
Address

_____
Approximate dates

3.  _____
Name

_____
Address

_____
Approximate dates

**[Attach additional sheets if necessary.]**

I.  Identify each psychiatrist, psychologist, mental health counselor, therapist and/or social worker from whom you have received treatment or with whom you have consulted regarding your health during the 20 years prior to your use of Aredia® and/or Zometa®, or other bisphosphonates through the present:

1.  _____
Name

_____
Address

_____
Specialty

30

2.

_____
Approximate dates of treatment

_____
Name

_____
Address

_____
Specialty

_____
Approximate dates of treatment

3.

_____
Name

_____
Address

_____
Specialty

_____
Approximate dates of treatment

**[Attach additional sheets if necessary.]**

Case 3:06-md-01760   Document 113   Filed 08/31/06   Page 33 of 33 PageID #: 1481