IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS LIABILITY LITIGATION | ) ) | No. 3:06-MD-1760 Judge Campbell |
| (MDL No. 1760) | ) | Magistrate Judge Brown |
| | ) | |
| This Document Relates to: All Cases | ) | |

## AMENDED PRETRIAL ORDER #3
### Agreed Order Amending Pretrial Order No. 2, Time and Billing Guidelines

Based upon the agreement of the parties, as evidenced by the signatures of counsel below, Pretrial Order No. 2, which sets forth time and billing guidelines for costs and fees incurred in performing tasks for the common benefit of the MDL as a whole, is hereby amended as follows:

Paragraph 6 under **General Standards** is deleted and hereby replaced with the following language:

> 6. The first time and expense forms are due on November 10, 2006, and should include all time through October 31, 2006. Thereafter, time and expense forms shall be submitted to the Plaintiffs' Liaison Counsel ("PLC") within 10 days of the end of each quarter and shall cover the period through the end of the preceding quarter.

In all other respects, Pretrial Order No. 2 shall remain in full force and effect.

It is so **ORDERED**.

**ENTER** this the _____ day of _____, 2006.

_____
JOE B. BROWN
United States Magistrate Judge

APPROVED FOR ENTRY:


_____/s/_____
Charles Patrick Flynn, #2718
Flynn and Radford, Attys, P.C.
320 Seven Springs Way, Ste. 150
Brentwood, TN 37027
(615) 370-9448
Liaison Counsel for Plaintiffs


_____/s/_____
Katharine R. Latimer
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of October, 2006, served a true and correct copy of the foregoing Amended Pretrial Order No. 3, Agreed Order Amending Pretrial Order No. 2, by operation of the Court's Electronic Case Filing System, on the following:

**Catherine R. Baumer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
cbaumer@spriggs.com

**James A. Bruen**
Farella, Braun & Martel, L.L.P.
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
jbruen@fbm.com

**Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

˘2˘

900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000
acolocotronis@bakerdonelson.com

**Jim C. Curtis**
Kemp Smith, LLP
221 N. Kansas St., Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
jcurtis@kempsmith.com

**Jeffrey A. Dickey**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5853
(202) 682-1639 (fax)
jdickey@spriggs.com

**Penelope A. Dixon**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL  33601-3239
(813) 223-7000
(813) 229-4133 (fax)
pdixon@carltonfields.com

**Donald W. Fowler**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)
dfowler@spriggs.com

**Anne Marla Friedman**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5856
(202) 682-1639 (fax)
afriedman@spriggs.com

**Edward W. Gerecke**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL  33601-3239
(813) 223-7000
(813) 229-4133 (fax)
egerecke@carltonfields.com

**Frederick G. Helmsing, Jr.**
McDowell, Knight, Roedder & Sledge, LLC

63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
(251) 432-5302 (fax)
fhelmsing@mcdowellknight.com

**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
jhollingsworth@spriggs.com

**Robert E. Johnston**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
rjohnston@spriggs.com

**Katharine R. Latimer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
klatimer@spriggs.com

**Stephen E. Matasich**
Day Ketterer, Ltd.
Millennium Center
200 Market Ave., N., Suite 300
P.O. Box 24213
Canton, OH 44701-4213
(330) 455-0173
(330) 455-2633 (fax)
sematasich@dayketterer.com

**Michael L. McCluggage**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
mccluggage@wildmanharrold.com

**Sarah Olson**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)

olson@wildmanharrold.com

**Mark N. Osborn**
Kemp Smith, LLP
221 N Kansas Street, Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
mosborn@kempsmith.com

**Peter G. Pappas**
Nexsen, Pruet, Adams & Kleemeier, PLLC
P.O. Box 3463
Greensboro, NC 27402
(336) 373-1600
(336) 273-5357 (fax)
ppappas@npaklaw.com

**Edward M. Sledge, III**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
esledge@mcdowellknight.com

**Yanika C. Smith**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
ysmith@bakerdonelson.com




**Ethan D. Stein**
Gibbons, Del Deo, Dolan, Griffinger & Veccione
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
(212) 649-4700
(212) 333-5980 (fax)
estein@gibbonslaw.com

**Derrick K. Watson**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
dwatson@fbm.com

**Alicia M. Wyler**
Day Ketterer, Ltd.
Millennium Center, Suite 300
200 Market Ave., North

P.O. Box 24213
Canton, OH 44701-4213
(330) 455-0173
(330) 455-2633 (fax)
amwyler@dayketterer.com

**Andy L. Allman**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
kellykellyallman@comcast.net

**Russel H. Beatie**
Beatie & Osborn, LLP
521 Fifth Ave., Suite 3400
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
bhunter@bandolaw.com

**Richard C. Bennett**
Bennett, Johnson & Galler
1901 Harrison St., 16th Floor
Oakland, CA 94612
(510) 444-5020
(510) 835-4260 (fax)
richardb@bjglawyers.com

**Robert W. Briley**
Briley Law Group, PLLC
511 Union Street, Suite 1610
Nashville, TN 37219
(615) 986-2684
rob@brileylaw.com

**Myers Carroll Cayer**
Terrell, Hogan
233 E. Bay Street, Suite 800
Jacksonville, FL 32202-3451
(904) 632-2424
(904) 632-0549 (fax)
cayer@terrellhogan.com

**Paul Anthony Daniels**
Teague, Rotenstreich & Stanaland
P.O. Box 1898
Greensboro, NC 27402-1898
(336)272-4810
Fax: (336)272-2448
pad@trslaw.com

**Annesley H. Degaris**
Cory, Watson, Crowder & Degaris, P.C.
2131 Magnolia Ave.

Birmingham, AL 35205
(205) 328-2200
(205) 324-7896(fax)
adegaris@cwcd.com

**Pamela J. Diedrich**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
pjd@mkc-law.com

**Robert G. Germany**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
rgg@pgrwlaw.com

**Fred Cromwell Isaac**
Foerster, Isacc & Yerkes, P.A.
2468 Atlantic Boulevard
Jacksonville, FL   32207
US
(904) 396-3160
(904) 348-0921 (fax)
fisaac@fiy-attorneys.com

**Clinton L. Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
(615) 822-7339 (fax)
kellykellyallman@comcast.net

**Fred Dulin Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
(615) 822-7339 (fax)
kellykellyallman@comcast.net

**Dara Lovitz**
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4577
dlovitz@anapolschwartz.com

**Jason Mark**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
jmark@yourlawyer.com

**Roy Lenard Mason**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD  21401
(410) 269-6620
(410) 269-5452 (fax)
rmason@mkc-law.com

**Philip J. Miller**
Beatie & Osborne
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
pmiller@bandolaw.com

**Melanie H. Muhlstock**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
mmuhlstock@yourlawer.com

**Michael T. Mullen**
Paul B. Episcope, LLC
77 W. Washington Street
Suite 300
Chicago, IL 60602
(312) 782-6636
mtm@episcopeltd.com

**Daniel A. Osborn**
Beatie & Osborne
521 Fifth Avenue, 34th Floor
New York NY 10175
(212) 888-9000
(212) 888-9664 (fax)
dosborn@bandolaw.com

**Jerrold S. Parker**
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

(516) 466-6500
jerry@yourlawyer.com

**Michael G. Phelan**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main Street
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
(804) 644-9205 (fax)
mphelan@cantorarkema.com

**Crymes G. Pittman**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
cgp@pgrwlaw.com

**Joseph E. Roberts, Jr.**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187) fax)
jer@pgrwlaw.com

**Michael F. Seelie**
Michael E. Seelie, P.A.
2468 Atlantic Boulevard
Jacksonville, FL  32210
(904) 858-1895
(904)858-1898 (fax)
mseelie@comcast.net

**Gregory S. Spizer**
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4578
(215) 875-7722 (fax)
gspizer@anapolschwartz.com

**Lewis T. Stoneburner**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main Street
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
lstoneburner@cantorarkema.com

**Peter D. Tarpey**
Paul B. Episcope, LLC

77 W. Washington St., Suite 300
Chicago, IL 60602
(312) 782-6636
pdt@episcopeltd.com

**John O. Threadgill**
Threadgill Law Firm
9724 Kingston Pike, Suite 701
Knoxville, TN  37922
(865) 588-4100
(865) 588-4120
jthreadgill@threadgillfirm.com

**Windle Turley**
Law Offices of Windle Turley, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas, TX  75206
(214) 691-4025
Toll-free: 800-692-4025
(214) 361-5802 (fax)
windle@wturley.com

**Bart T. Valad**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
bvalad@valadlaw.com

**John Vecchione**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820
jvecchione@valadlaw.com

**Wallace B. Wason, Jr.**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main St.
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
wwason@cantorarkema.com

**John C. Weisensell**
Bernlohr & Wertz
301 Nantuck Building
23 S. Main Street
Akron, OH  44308
(330) 434-1000

(330) 434-1001 (fax)
jack@b-wlaw.com

**Christopher A. Seeger**
Seeger Weiss, LLP
One William Street
New York, NY 10004
(212) 584-0700
cseeger@seegerweiss.com

**Sam Orozco**
739 W. Morningside Road
Topeka, KS 66606
PRO SE

                                           _ /s/
                                       Charles Patrick Flynn