IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                      )
AREDIA and ZOMETA PRODUCTS                  )
LIABILITY LITIGATION                        ) No. 3:06-MD-1760
                                            )
This documents relates to ALL CASES         )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 198), to which no Objections have been filed. The Magistrate Judge recommends that the claims of Plaintiff Clara Kennedy be dismissed without prejudice for failure to prosecute her case.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, all claims of Plaintiff Clara Kennedy are dismissed without prejudice. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE