IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) No. 3:06-MD-1760
)
This documents relates to ALL CASES )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 293), concerning Case No. 3:06-1166, to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Consolidated Motion for Remand filed by Plaintiffs Francine Scalamoni, Joseph Scalamoni, George Davis and Helen Davis in Case No. 3:06-1166 (Exhibit 7 to Docket No. 15) is GRANTED, and the causes of action of Plaintiffs Francine Scalamoni, Joseph Scalamoni, George Davis and Helen Davis are remanded to the New Jersey state court. Plaintiffs' Motion for Attorney's Fees After Improvident Removal (also Exhibit 7 to Docket No. 15 in Case No. 3:06-1166) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE