UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA and ZOMETA PRODUCTS ) | No. 3:06-MDL-01760 |
| LIABILITY LITIGATION ) | Judge Campbell/Brown |
| (MDL No. 1760) ) | |
| ) | |
| This Document Relates to ) | |
| Case No. 3:06-CV-00968, ) | |
| 3:06-CV-1033, 3:07-CV-0396 ) | |
| 3:07-CV-0474, 3:07-CV-0471 ) | |

**ORDER**

Presently pending before the Magistrate Judge is Defendant's Motion to Show Cause Why Claims of Plaintiffs Bell, Rivero, Keller, Gibbs and Guy Should Not Be Dismissed. Docket Entry 565. Plaintiffs responded by requesting additional time for various actions as listed below. Docket Entry 613.

Plaintiff Gibbs advised that her completed PFS was sent to Defendant on August 23, 2007. As such, the Magistrate Judge will deny Defendant's motion as to Plaintiff Gibbs.

Plaintiffs Guy and Rivero requested additional time to file Stipulations of Dismissal. Plaintiffs Guy and Rivero are directed to file these stipulations no later than **October 5, 2007**.

Plaintiffs Bell and Keller requested additional time to serve a completed PFS. Plaintiff Bell requested an extension until September 19, 2007, and Plaintiff Keller requested an extension until September 26, 2007. Plaintiffs Bell and Keller are directed to file a notification with the Court that their complete PFS have in fact been served. This notification should be filed no later than **October 5, 2007**. If this notification is not filed, the Magistrate Judge will

recommend dismissal of their actions pursuant to Defendant's request.

It is so ORDERED.

                                                                                   _____
                                                                                    JOE B. BROWN
                                                                                    United States Magistrate Judge