IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                          )
AREDIA and ZOMETA PRODUCTS                      )
LIABILITY LITIGATION                            ) No. 3:06-MD-1760
                                                )
This document relates to                        )
 Case 3:07-cv-0779                              )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 615), to which no Objections have been filed. The Magistrate Judge recommends that the Motion for Remand filed by Plaintiffs Arlene Koppel, Karen Schoenfeldt and Arthur Schoenfeldt be granted and that these Plaintiffs' action be remanded to the New Jersey state court. The Magistrate Judge further recommends that these Plaintiffs' request for attorney's fees be denied.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, these Plaintiffs' Motion for Remand (Docket No. 6 in Case No. 3:07-0779) is GRANTED, and the action of Plaintiffs Arlene Koppel, Karen Schoenfeldt and Arthur Schoenfeldt is remanded to the New Jersey state court. Plaintiffs' request for attorney's fees is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE