IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
 )
This document relates to case numbers: ) No. 3:06-MD-1760
3:06-0499 )
3:06-0516 )
3:06-0522 )
3:06-0814 )
3:06-0859 )

ORDER

Pending before the Court are Reports and Recommendations for each of the above cases and Plaintiffs' Objections thereto (Docket No. 700). The Court will address each case separately herein.

CASE NO. 3:06-0499 - PLAINTIFF DIANN ROMERO - DOCKET NO. 653

In light of Plaintiffs' Objections and Defendant's representations in the e-mail attached thereto, the Magistrate Judge's Report and Recommendation as to Plaintiff Romero is overruled.

CASE NO. 3:06-0516 - PLAINTIFF CAROL KING - DOCKET NO. 652

In light of Plaintiffs' Objections and representations concerning forthcoming documents (Docket No.700, pp. 2-3), the Magistrate Judge's Report and Recommendation as to Plaintiff King is overruled.

CASE NO. 3:06-0522 - PLAINTIFF GEORGIANN WILSON - DOCKET NO. 651

In light of Plaintiffs' Objections and Defendant's representations in the e-mail attached thereto, the Magistrate Judge's Report and Recommendation as to Plaintiff Wilson is overruled.

CASE NO. 3:06-0814 - PLAINTIFF MARIA DELLA-FRANCO - DOCKET NO. 655

In light of Plaintiffs' representation that Plaintiff Della-Franco no longer wishes to pursue her claim (Docket No. 700, p. 3), the Magistrate Judge's Report and Recommendation concerning this Plaintiff is adopted and approved, and all claims by Plaintiff Della-Franco are DISMISSED.

CASE NO. 3:06-0859 - PLAINTIFF EDWARD FLEMING, JR. - DOCKET NO. 656

In light of Plaintiffs' representation that Plaintiff Fleming no longer wishes to pursue his claim (Docket No. 700, p. 3), the Magistrate Judge's Report and Recommendation concerning this Plaintiff is adopted and approved, and all claims by Plaintiff Fleming are DISMISSED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE