IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                              )
AREDIA and ZOMETA PRODUCTS      )
LIABILITY LITIGATION                     ) No. 3:06-MD-1760
                                                       )
This document relates to                     )
 Case 3:06-cv-0501                            )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 661), to which no Response has been filed.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation of the Magistrate Judge (Docket No. 661) is adopted and approved. Accordingly, all claims of Plaintiff Linda Henning are DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to fully complete the Plaintiff's Fact Sheet as ordered by the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE