IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION (MDL No. 1760) | No. 3:06-MD-1760 |
| | JUDGE CAMPBELL |
| | MAGISTRATE JUDGE BROWN |
| This Document Relates To: | |
| Case Nos: 3:05-CV-00718; 3:05-CV-00719; 3:05-CV-00716; 3:06-CV-00506, 3:06-CV-00495; 3:06-CV-00551; 3:06-CV-00618; 3:06-CV-00499; 3:06-CV-00386; 3:06-CV-00385; 3:06-CV-00511; 3:06-CV-00374; 3:06-CV-00376; 3:06-CV-00384; 3:06-CV-00523; 3:06-CV-00391; 3:06-CV-00550; 3:06-CV-00379; 3:06-CV-00375; 3:06-CV-00507; 3:06-CV-00522; 3:06-CV-00514; 3:06-CV-00518; 3:06-CV-00370; 3:06-CV-00392; 3:06-CV-00382; 3:06-CV-00368; 3:06-CV-00393; 3:06-CV-00553; 3:06-CV-00509; 3:06-CV-00521; 3:06-CV-00823; 3:06-CV-00496; 3:06-CV-00372; 3:06-CV-00510; 3:06-CV-00510; 3:06-CV-00512; 3:06-CV-00373; 3:06-CV-00503; 3:06-CV-00497; 3:06-CV-00504; 3:06-CV-00387; 3:06-CV-00526; 3:06-CV-00554; 3:06-CV-00517; 3:06-CV-00378; 3:06-CV-00394; 3:06-CV-00383; 3:06-CV-00377; 3:06-CV-00513; 3:06-CV-00693; 3:06-CV-00371; 3:06-CV-00525; 3:06-CV-00390; 3:06-CV-00381; 3:06-CV-00505; 3:06-CV-00501; 3:06-CV-00516; 3:06-CV-00508; 3:06-CV-00388; 3:06-CV-00389; 3:06-CV-00500; 3:06-CV-00527; 3:06-CV-00554; 3:06-CV-00502; | |

**NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION FOR
*EX PARTE* CONTACTS WITH CERTAIN PLAINTIFFS' TREATING PHYSICIANS**

This Court has already found that "*[e]x parte* communications with Plaintiffs' treating physicians may expedite the discovery process and reduce expenses in this litigation," Case Management Order ("CMO"), Docket #89 at 35, ¶ XI.C, and allowed such contacts with respect to two putative class representatives. *See* 5/10/2007 *In re Aredia Ex Parte* Order [Docket No. 421] (". . . Novartis should be entitled to contact various medical providers . . ."). The ability to

conduct *ex parte* contacts will assist Novartis Pharmaceuticals Corporation ("NPC") in avoiding unnecessary depositions and in identifying which treating physicians must be formally deposed, thus increasing efficiency in the discovery process and increasing the possibility that NPC will have a full and fair opportunity to defend this case. Efficient discovery is particularly important in light of the dozens of physicians expected to be involved with most plaintiffs' claims.

NPC therefore requests that the Court order certain Wave 1 plaintiffs to sign releases permitting NPC to conduct *ex parte* interviews with their treating physicians – consistent with the releases authorized by the Court's prior order specific to *ex parte* contacts with the treating physicians of then-putative class representatives Sybila Duncan and Carrie Lee, *see* Docket No. 421. The grounds for NPC's motion are more fully set forth in the accompanying Novartis Pharmaceuticals Corporation's Memorandum in Support of Motion for *Ex Parte* Contacts with Certain Plaintiffs' Treating Physicians.

Respectfully submitted,

November 12, 2007

s/ Katharine R. Latimer
Joe G. Hollingsworth
Katharine R. Latimer
Donald W. Fowler
Robert E. Johnston
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

2

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of November 2007 served a true and correct copy of the foregoing Novartis Pharmaceuticals Corporation's Motion for *Ex Parte* Contacts with Certain Plaintiffs' Treating Physicians, by operation of the Court's Electronic Case Filing System, on Plaintiffs' Liaison Counsel:

C. Patrick Flynn
Flynn & Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370-9448

                                                                   s/ Katharine R. Latimer
                                                                   Katharine R. Latimer
                                                                   SPRIGGS & HOLLINGSWORTH
                                                                   1350 I Street, N.W., Ninth Floor
                                                                   Washington, DC 20005
                                                                   (202) 898-5800
                                                                   (202) 682-1639 (fax)

                                                                   *Attorneys for Defendant*
                                                                   *Novartis Pharmaceuticals Corporation*