IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| AREDIA and ZOMETA PRODUCTS | ) |
| LIABILITY LITIGATION | ) NO. 3:06-MD-1760 |
| | ) JUDGE CAMPBELL |
| This document relates to: | ) |
| Case No. 3-05-0718 | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment on Certain Plaintiffs' Claims for Dental Monitoring (Docket No. 631). Defendant seeks summary judgment with regard to the claims of Plaintiff Sybila Duncan and Plaintiff Carrie Lee.

By contemporaneous Order, the Court has granted Defendant's Motion for Summary Judgment as to Plaintiff Carrie Lee. Therefore, that portion of the instant Motion is moot.

With regard to Plaintiff Sybila Duncan, Defendant's Motion for Summary Judgment is GRANTED, and all claims of Plaintiff Duncan are DISMISSED.

IT IS SO ORDERED.

                                                                 TODD J. CAMPBELL
                                                                 UNITED STATES DISTRICT JUDGE