IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) NO. 3:06-MD-1760 | |
| THIS DOCUMENT RELATES TO CASE ) JUDGE CAMPBELL | |
| NOS. 3:06-0862, 3:06-1059, 3:06-1165, ) | |
| 3:07-0092, 3:07-0234, 3:07–0300, 3:07-0379, ) | |
| 3:07-0388, 3:07-0399, and 3:07-0734 ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 801), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No.685) is GRANTED in part and DENIED in part. All claims of Plaintiff Shelia Williams (Case No. 3:07-0388) are DISMISSED.

Plaintiffs' Motions for Enlargement of Time (Docket Nos. 703 and 760) are GRANTED. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs shall have until December 31, 2007, to effect service or be subject to dismissal at the discretion of the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE