IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                      )
AREDIA and ZOMETA PRODUCTS                  )
LIABILITY LITIGATION                        )
                                            ) NO. 3:06-MD-1760
This document relates to case number        ) JUDGE CAMPBELL
3:07-00035                                  )


ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 1291) to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Order to Show Cause (Docket No. 567) is GRANTED and Plaintiff Supina's claims are DISMISSED without prejudice, pursuant to Fed.R.Civ.P. 41(b).

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE