IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| AREDIA and ZOMETA PRODUCTS | ) |
| LIABILITY LITIGATION | ) NO.  3:06-MD-1760 |
| | ) JUDGE CAMPBELL |
| This document relates to case numbers | ) |
| 3:07-0572 and 3:07-0573 | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 1340), to which no Objections have been filed.  The Court has reviewed the Report and Recommendation and the file.  The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 776) is GRANTED as to Plaintiff Christie Anderson, and the claims of Plaintiff Christie Anderson are DISMISSED without prejudice. The Motion to Dismiss (Docket No. 776) is DENIED with regard to Plaintiff Frank Benabise.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE