IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | NO. 3:06-MD-1760 |
| ) | JUDGE CAMPBELL |
| This document relates to case numbers ) | |
| 3:07-0958, 3:07-0961, 3:07-0963, 3:08-0017 ) | |
| 3:08-0018, 3:08-0019, and 3:08-0020 ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 1353), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. In light of the Plaintiffs' notice of service filed May 22, 2008 (Docket No. 1372), the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 1268) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE