IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                          )
AREDIA and ZOMETA PRODUCTS                      )
LIABILITY LITIGATION                            ) NO. 3:06-MD-1760
                                                ) JUDGE CAMPBELL
This Document Relates To Case Numbers:          )
3:08-0583 (Lockard)                             )
3:08-0710 (Whipple)                             )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 1706), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file.

The Report and Recommendation (Docket No. 1706) is adopted and approved. Accordingly, Defendants' Motions to Dismiss the claims of Plaintiff Whipple (Docket Nos. 1642 and 1652) are GRANTED, and all claims of Plaintiff Whipple are DISMISSED without prejudice. The Motion to Dismiss the claims of Plaintiff Lockard (Docket No. 1642) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE