IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                        )
AREDIA and ZOMETA PRODUCTS                    )
LIABILITY LITIGATION                          ) NO.  3:06-MD-1760
                                              ) JUDGE CAMPBELL
This Document Relates To                      )
 Case No: 3:08-1178  (Rapa)                   )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket
No. 2148), to which no Objections have been filed.  The Court has reviewed the Report and
Recommendation and the file.

The Report and Recommendation (Docket No. 2148) is adopted and approved.  Accordingly,
Defendant's Motion to Dismiss (Docket No. 2123) is DENIED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE