# Exhibit 33

# VALAD & VECCHIONE, PLLC

Bart T. Valad, Member
John J. Vecchione, Member

March 13, 2009

3863 Plaza Drive
Fairfax, VA 22030
Phone: (703) 352-4800
Fax: (703) 352-4820

<u>VIA FEDERAL EXPRESS</u>
and <u>ELECTRONIC MAIL</u>

Neil S. Bromberg, Esq.
Spriggs and Hollingsworth
1350 I Street NW
Washington, DC 20005

RE: *Deutsch v. Novartis Pharmaceuticals Corporation*, 3:08-CV-00071
*Fussman v. Novartis Pharmaceuticals Corporation*, 3:08-CV-00068
*Napolitano (by Forman) v. Novartis Pharmaceuticals Corporation*, 3:08-CV-00069
*White v. Novartis Pharmaceuticals Corporation*, 3:06-CV-00550

Dear Neil:

Enclosed are all of the bills from Dr Talib Najjar. They have all been paid. I have produced to you the only writings of the doctor that he had in his office. As far as I know all the articles he relied upon are attached to his report as well as what he had available to review so I have not resent these. Finally, Dr. Najjar has told me he will bring the notes on his examination of Mrs. Fussman and Mrs. Deutsch to his first deposition. As I told you I do not have copies and have been unable to get copies from Dr. Najjar to this point.

You told me you may have to take some time to review whatever he brings that has not been produced or identified before. I have no objection to your taking a reasonable time to do so.

Finally, as to the location of the depositions, these are to take three days. Dr. Najjar has to do rounds in the morning and be on site in case of emergencies so the deposition has to be in the seminar room reserved at B-839 in the B-level at New Jersey Dental School at 110 Bergen Street, Newark, NJ 07103. I will have to insist on this or call the Court on Monday if we have a dispute.

Thank you for your attention.

Sincerely,

John J. Vecchione, Esq.

JJV/aja

Enclosures

# The UNIVERSITY HOSPITAL
University of Medicine & Dentistry of New Jersey
www.TheUniversityHospital.com

150 Bergen Street
PO Box 1709
Newark, NJ 07101-1709

October 10, 2008

Bart T. Valad, Esq
3863 Plaza Drive
Fairfax, VA 22030

Dear Mr. Vald:

My total charges so far ($6,500.00) which include the following:
1. $1500.00 for review the entire medical record (3 hours) and final report on Mrs. Helene Deutsch
2. $1500.00 for review the entire medical record (3 hours) and final report on Mrs. Rita Fussman.
3. $1500.00 for review the entire medical record (3 hours) and final report on Mr. William White.
4. $1500.00 for review the entire medical record (3 hours) and final report on Mr. John Napolitano.
5. $500.00 for personal communication (1 hour) with you and your staff.

I wish you success in pursuing these cases to final conclusion.

Sincerely Yours

Talib A. Najjar, DMD, MDS, PhD
Professor Oral & Maxillofacial Surgery & Pathology

**The UNIVERSITY HOSPITAL**
University of Medicine & Dentistry of New Jersey
www.TheUniversityHospital.com

150 Bergen Street
PO Box 1709
Newark, NJ 07101-1709

December 19.2008

Bart Valad, Esq
3863 Plaza Drive
Fairfax, VA 22030

Re: Rebuttal Review & Report

Dear Mr. Valad:

The total charges of $1000.00 for the rebuttal Review and Report as follow:
1. $ 500.00 for one hour of reviewing the Experts Reports from Drs. Felsenfeld, Super, Dym, Royse, Best and Carlson.
2. $500.00 for one hour of communicating with your staff and issuing the final Rebuttal Report.

Sincerely Yours

Talib A, Najjar, DMD, MDS, PhD
Professor Oral & Maxillofacial Surgery & Pathology

N.S. Please send the check to my home address:
690 Prospect St.
Maplewood, N.J.07040