IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
) NO. 3:06-MD-1760
This document relates to case number ) JUDGE CAMPBELL
3:08-0933 (Montgomery) )

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice as to All Claims in this action (Docket No. 2975). Accordingly, this action is DISMISSED. Defendant's pending Motion for Summary Judgment (Docket No. 2919) and any other pending Motions are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE