IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | No. 3:06-MDL-01760 |
| LIABILITY LITIGATION | ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| This Document Relates to 3:09-cv-00857 | ) | |

**MOTION FOR SUBSTITUTION FILED ON
BEHALF OF PLAINTIFF TYANNE NOLAND**

Autumn Noland, the personal representative of Tyanne Noland moves the Court to substitute

Eric Luca as Plaintiff in this civil action as follows:

1. On March 29, 2010, Autumn Noland executed a Designation of Personal

Representative asking the Court to substitute Eric Luca as the personal representative of Tyanne

Noland.

2. Attached as Exhibit "1" is a copy of the Designation of Personal Representative.

3. Mr. Luca is the executor of Tyanne Noland's Will and is willing to serve as the

personal representative in this proceeding.

4. Attached as Exhibit "2" is a copy of the Last Will and Testament of Tyanne Noland.

5. The Court should enter an order appointing Eric Luca as the personal representative

of Tyanne Noland, deceased, in place and instead of Autumn Noland.

# ORDER
# Motion Granted
# /S/ Joe B. Brown
# JOE B. BROWN
# Magistrate Judge

s/Robert G. Germany
ROBERT G. GERMANY, MSB #4800
PITTMAN, GERMANY, ROBERTS
&  WELSH, L.L.P.
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187