IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
)
AREDIA and ZOMETA PRODUCTS ) No. 3:06-MD-01760
LIABILITY LITIGATION ) Judge Campbell
) Magistrate Judge Brown
This Document Relates to 3:07-cv-_____ )

## NOTICE OF DESIGNATION OF LEAD COUNSEL

The undersigned, being one of the attorneys of record for the Plaintiff in the above-styled action, does hereby designate the following lead counsel for the purpose of receiving service:

Attorney's Name: William J. Novak
Name of Firm: Novak, Robenalt & Pavlik, LLP
Mailing Address: 1660 W. Second St., Suite 950, Cleveland, OH 44113
Phone and FAX numbers: (216) 781-8700 / (216) 781-9227
E-mail address: wnovak@nrplaw.com

Respectfully submitted,

Attorney's Name, Firm, Address, etc.
William J. Novak
Novak, Robenalt & Pavlik, LLP
1660 W. Second St., Suite 950
Cleveland, OH 44113
(216) 781-8700

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above document has been forwarded by U.S. Mail and e-mail to Charles Patrick Flynn, Liaison Counsel for Plaintiffs' Steering Committee and Executive Committee, Suite 150, 320 Seven Springs Way, Brentwood, Tennessee 37027, e-mail: pflynn@flynnandradford.com and to Katharine Latimer, Defendant's Counsel, Spriggs & Hollingsworth, 1350 I Street, NW, 9th Floor, Washington, DC 20005, e-mail: klatimer@spriggs.com on this the _____ day of April, 2010.

Attorney's Signature