IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | NO. 3:06-MD-1760 |
| ) | JUDGE CAMPBELL |
| This Document Relates To Case Numbers: ) | |
| 3:09-0366 (Dempsey) ) | |
| 3:09-0461 (Coomber) ) | |
| 3:09-0463 (Meehan) ) | |
| 3:09-0466 (Dudley) ) | |
| 3:09-1083 (Catley) ) | |

ORDER

Pending before the Court are Defendant's Motions for Summary Judgment or, in the Alternative, To Dismiss on Grounds of *Forum Non Conveniens* in each of the above-captioned cases (Docket Nos. 3113, 3116, 3119, 3122 and 3125) and Plaintiffs' Cross Motion for Discovery Pursuant to Rule 56 and to Compel Pursuant to Rule 37 (Docket No. 3210).

For the reasons stated in the accompanying Memorandum, Defendant's Motions for Summary Judgment are GRANTED, and the claims of the above-captioned Plaintiffs are DISMISSED. Plaintiffs' Cross Motion for Discovery and to Compel is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE