IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                )
AREDIA and ZOMETA PRODUCTS            ) NO. 3:06-MD-1760
LIABILITY LITIGATION                  ) JUDGE CAMPBELL
                                      )

ORDER

The Court has received the attached letter, dated April 8, 2010, from Tab K. Rosenfield. The Clerk is directed to file the letter in this case.

If Mr. Rosenfield seeks relief of any kind from this Court, he should file an appropriate Motion, not send a letter. No further action will be taken by the Court in response to the letter.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE