IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3:06-MD-1760
) JUDGE CAMPBELL
This document relates to: )
Case No. 3-08-0769 (Wall) )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 3257). Plaintiff's counsel has indicated that Plaintiff does not intend to file objections thereto (Docket No. 3261).

Therefore, the Report and Recommendation is adopted and approved, and Plaintiff Wall's claims against Defendant are DISMISSED. Any pending Motions in this particular case are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE