IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
3:09-1182 (Kutta) )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 3353), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's claims are DISMISSED without prejudice for failure to fully complete the required Plaintiff Fact Sheet. Any pending Motions with regard to this Plaintiff are denied as moot, and the Clerk is directed to close this individual file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE