IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| AREDIA and ZOMETA PRODUCTS | ) |
| LIABILITY LITIGATION | ) NO. 3-06-MD-1760 |
| | ) JUDGE CAMPBELL |
| This Document Relates To Case Number: | ) |
| 3:09 0861 (Daniels) | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 3803), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss for failure to obtain service of process (Docket No. 3676) is GRANTED, and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE