IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE AREDIA AND ZOMETA )
PRODUCTS LIABILITY LITIGATION )
) NO. 3-06-1760
THIS DOCUMENT RELATES TO ) JUDGE CAMPBELL
CASE NO. 3-10-0311 (HAYES) )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 4031), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the claims of Plaintiff William Hayes are DISMISSED without prejudice for failing to complete the Plaintiff's Fact Sheet and comply with the Orders of the Court.

IT IS SO ORDERED.

                                                                       _____
                                                                       TODD J. CAMPBELL
                                                                       UNITED STATES DISTRICT JUDGE