IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
 ) JUDGE CAMPBELL
This Document Relates To Case Number: )
3:10-0849 (Watson) )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 4006) and Objections filed by the Defendant (Docket No. 4084).

Pursuant to 28 U.S.C. § 636(b(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Remand (Docket No. 3690) is GRANTED in part and DENIED in part. The Court is issuing a Suggestion of Remand contemporaneously herewith.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE