# EXHIBIT A

SCPRLT02

Case No. 354134

## LETTERS TESTAMENTARY

### THE PEOPLE OF THE STATE OF NEW YORK
### BY THE GRACE OF GOD FREE AND INDEPENDENT

TO: Robert Bayewitch, 2424 Legion Street, Bellmore NY 11710

SEND GREETINGS:

WHEREAS, The Last Will and Testament of

**RACHELLE FEIGENBAUM**
**a/k/a RACHELLE FEIGENBAUM BAYEWITCH**

deceased, was duly admitted to probate by decree of the Judge of the Surrogate's Court of Nassau County, New York, on the 7th of January 2009, which directed the issuance to you of Letters Testamentary upon your qualifying according to law:

NOW, THEREFORE, KNOW YE that you are hereby appointed executor of said Will and authorized to administer the estate of said deceased subject to the laws appertaining thereto and the jurisdiction and supervision of this Court.

(Seal)

IN TESTIMONY WHEREOF, we have caused the seal of the Surrogate's Court of Nassau County to be hereunto affixed.

WITNESS, HON. JOHN B. RIORDAN, Judge of the Surrogate's Court of the County of Nassau, at Mineola, New York, this January 7, 2009.

Letters are subject to Rule 207.20 of the Uniform Rules of the Surrogate's Court An estate inventory, under the rule, must be filed within the required time period.

*Michael P Ryan*
Clerk of the Surrogate's Court