IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
) NO. 3:06-MD-1760
This Document Relates to Case Number: ) JUDGE CAMPBELL
3:07-1230 (Rose) )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 5581), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff Rose's claims herein are DISMISSED for failure to fully complete a Plaintiff's Fact Sheet and to obey Court Orders.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE