IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-07-1071(Avila) )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 6265). Plaintiff has subsequently filed a Reply to Defendant's Response to Motion for Remand.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, Plaintiff's Reply, and the file. The Report and Recommendation (Docket No. 6265) is adopted and approved. Plaintiff's Motion for Remand (Docket No. 6227) is DENIED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE