IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-07-0782(Benkel) )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 6484) and a letter filed by the Plaintiff (Docket No. 6519).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, Plaintiff's letter, and the file. Plaintiff's letter indicates that she is withdrawing from this case.

The Report and Recommendation is adopted and approved. Accordingly, this action is DISMISSED, and the Clerk is directed to close the file.

IT IS SO ORDERED.

                                                                                   TODD J. CAMPBELL
                                                                                   UNITED STATES DISTRICT JUDGE