# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** ) | |
| **LIABILITY LITIGATION** ) | |
| ) | No. 3:06-MD-1760 |
| **(MDL No. 1760)** ) | Judge Campbell/Brown |
| ) | |
| **This Document Relates to:** ) | |
| *Caruthers*, 3:07-CV-01182 ) | |

## ORDER

Before the court is a motion to substitute Barbara Caruthers as plaintiff in this action for her late husband, Raymond Caruthers. (DE 6592; Related Case 23) Plaintiff's motion to substitute (DE 6592; Related Case 23) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** the 24th day of June, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge