UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:07-cv-00105 (*Sablan*) | ) | 3:07-cv-00106 (*Shareff*) |
| 3:07-cv-00239 (*Begley*) | ) | 3:07-cv-00389 (*Beecher*) |
| 3:07-cv-00394 (*Grant*) | ) | 3:07-cv-00474 (*Gibbs*) |
| 3:07-cv-00569 (*Erickson*) | ) | 3:07-cv-00570 (*Frosaker*) |
| 3:07-cv-00663 (*Buza*) | ) | 3:07-cv-00959 (*Horn*) |
| 3:07-cv00961 (*Yeager*) | ) | 3:08-cv-00138 (*Hughs*) |

### ORDER

Plaintiffs have filed an unopposed motion for a 10-day extension of time to provide NPC "with dates for the depositions of the plaintiffs or proposed substitute plaintiffs in the above-captioned cases." (DE 6752; Related Cases 27, 27, 30, 27, 28, 28, 27, 27, 47, 29, 35, 29)[1] Plaintiffs' motion for a 10-day extension of time is **GRANTED**.

It is so **ORDERED**.

**ENTERED** the 2nd day of July, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge

---

[1] The related case docket entries conform to the order of the cases as they appear in the style of the case.