UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Dahl*, 3:08-0087 ) | |

## ORDER

Counsel for substituted plaintiff Kathryn Dahl (Ms. Dahl) have moved to withdraw as the attorneys in this case due to plaintiff's failure to communicate with them. (DE 6695, 6705; Related Case 17, 18) Defendant Pharmaceuticals Corporation (Novartis) has, in turn, moved to dismiss this case with prejudice in part for failure to prosecute. (DE 6706; Related Case 19)

Ms. Dahl is directed to advise the Court **NOT LATER THAN** September 4, 2013 whether she intends to pursue this case through new counsel or *pro se*, or whether she intends to dismiss it. Ms. Dahl is advised that this case is in fact discovery pending remand, and the court needs to know exactly what she intends to do. Ms. Dahl is **FOREWARNED** that failure to respond to this order by September 4, 2013 will result in a recommendation that this case be dismissed for failure to obey the orders of the court and for failure to prosecute.

The Clerk is **INSTRUCTED** to send a copy of this order by both regular and certified mail to the address shown in Docket Entry 6695-1.

It is so **ORDERED**.

**ENTERED** this the 5th Day of August, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge