IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | NO. 3-06-MD-1760 |
| ) | JUDGE CAMPBELL |
| This Document Relates To Case Number: ) | |
| 03-08-0086(Nettles) ) | |

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Docket No. 6925) in the above-captioned matter, indicating that the disputes between them have been resolved. Accordingly, Case No. 3-08-0086 (Nettles) is DISMISSED with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE