# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| ) | |
| 3:07-CV-00465 (Voorhies) ) | |

## ORDER

The original plaintiff in this action, Robert Voorhies (Mr. Voorhies), died on February 8, 2008 (DE 1305; Related Case 8), following which Mr. Voorhies' wife, Wanda Voorhies (Ms. Voorhies), was substituted as plaintiff in this action (DE 1492, 1501; Related Case 9-10).

Ms. Voorhies, now suffering from "a number of health related issues, including mild dementia," filed a motion on June 20, 2013 to substitute her daughters, Suzanne Andersen (Ms. Anderson) and Leilani Sinkway (Ms. Sinkway), as plaintiffs in this action. (DE 6747; Related Case 26) NPC filed a response in opposition to the motion on July 8, 2013 (DE 6796/27), to which plaintiff replied on August 6, 2013, filing as well a cross-motion for leave to amend the earlier June 20, 2013 motion (DE 6888; Related Case 31).

It is apparent from the documentation attached to the reply and cross motion to amend (DE 6888; Related Case 31) that Ms. Anderson and Ms. Sinkway are proper "successors in interest" under California law. *See e.g., Kalily v. Aredia® and Zometa® Products Liability Litigation*, No. 3:06-MD-1760 (M.D. Tenn.)(DE 6802, 6829; Related Case 55, 58). Accordingly, plaintiff's motion

to substitute (DE 6747; Related Case 26) is **GRANTED**. The Clerk is instructed to remove the pending motion notice entered for tracking purposes on August 6, 2013.

It is so **ORDERED**.

**ENTERED** this 5th Day of September, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge