IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                    )
AREDIA and ZOMETA PRODUCTS                )
LIABILITY LITIGATION                      )        No. 3:06-MD-1760
                                          )
This Document Relates to All Cases        )

ORDER

Pending before the Court is Plaintiffs' Motion to Stay Discovery and to Remand All Remaining Cases or, in the Alternative, for a Rule 16 Conference (Docket No. 6976). The Motion is referred to the Magistrate Judge for decision.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE