# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|                                                        |     |                         |
| ------------------------------------------------------ | --- | ----------------------- |
| In Re:                                                 | )   |                         |
|                                                        | )   |                         |
| **AREDIA® AND ZOMETA® PRODUCTS**                       | )   |                         |
| **LIABILITY LITIGATION**                               | )   |                         |
|                                                        | )   | **No. 3:06-MD-1760**    |
| **(MDL No. 1760)**                                     | )   | **Judge Campbell/Brown**|
|                                                        | )   |                         |
| **This Document Relates to:**                          | )   |                         |
|                                                        | )   |                         |
| **3:10-CV-0716 (*Bush*)**                              | )   |                         |

## ORDER

A suggestion of death was filed in this case on May 14, 2013. (DE 6671; Related Case 12) Counsel for the late plaintiff, Michael Bush (Mr. Bush), has timely filed an unopposed motion to substitute the late Mr. Bush's wife, Kathryn Bush (Ms. Bush), as the provisional plaintiff in this case. (DE 6903; Related Case 13)

The motion for provisional substitution (DE 6903; Related Case 13) is **GRANTED**. Counsel is reminded that compliance with the Case Management Order (CMO) is **MANDATORY**. Failure to comply with the CMO may result in a recommendation of dismissal and/or sanctions.

It is so **ORDERED**.

**ENTERED** this 11th day of September, 2013.

/s/Joe B. Brown\
Joe B. Brown\
United States Magistrate Judge

2