IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-07-0236 (Cribb) )

ORDER

The parties have filed a Stipulation of Voluntary Dismissal with Prejudice (Docket No. 6985), indicating that they have resolved all disputes herein. Accordingly, the above-captioned action (Case No. 3-7-0236) is DISMISSED with prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE