UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| (ALL CASES) | ) | |

## ORDER

The Plaintiffs' Steering Committee (PSC) filed a motion on September 10, 2013 asking the court to "issue an order immediately staying all discovery in the pending MDL cases, and for an Order remanding . . . all MDL cases at the rate of 100 cases per month until all . . . pending cases have been remanded." (MDL Doc. 6976) "Alternatively," the PSC "ask[s] that the Court immediately grant a Rule 16 conference." (MDL Doc. 6976)

The PSC's motion to stay "immediately" all discovery in this MDL (MDL Doc. 6976) is **DENIED** pending a response by NPC. *See* LR16.01(e)(1). The parties shall continue discovery in Groups 1, 2, and 3 as previously ordered.

The PSC's motion to remand all remaining MDL cases or, in the alternative, an immediate Rule 16 hearing, will be held in abeyance pending NPC's response to the basic motion, including receipt of the information requested during the recent September 5, 2013 telephone conference as to the status of the cases in Group 1, and a summary of the results in those cases that have been tried.

It is so ORDERED.

ENTERED this 23rd day of September, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge