UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:07-CV-00385 (*Sickler*) | ) | |

## ORDER

Before the court is an unopposed motion to quash and for a protective order. (MDL Doc. 6899; Related Case 32) Plaintiff's motion (MDL Doc. 6899; Related Case 32) is **GRANTED**.

Plaintiff's indicates in his motion that he will be able to provide his deposition by August 14, 2013. If the deposition has not already been completed, then plaintiff is directed to do so not later than October 11, 2013.

It is so ORDERED.

ENTERED this 24th day of September, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge