UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:07-00239 (*Begley*) | ) | |

## ORDER

Before the court is an unopposed motion to move this case from Group 2 to Group 3. (DE 6943; Related Case 33) Plaintiff's motion is **GRANTED** for good cause shown.[1]

It is so **ORDERED**.

**ENTERED** this 1st day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge

---

[1] The Magistrate Judge notes that this case is pending a separate motion to vacate and dismiss filed by Novartis Pharmaceuticals Corporation on September 10, 2013. (MDL Doc. 6980; Related Case 34) The Magistrate Judge will address the motion to vacate and dismiss when the parties have filed their respective responsive pleadings.