UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| ) | |
| 3:09-00868 (*Replogle*) ) | |

## ORDER

Before the court is an unopposed motion to substitute Marilyn Replogle as plaintiff in this action. (DE 6936; Related Case 17) Plaintiff's motion is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this 1st day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge