# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| 3:08-CV-00132 (*Berry*) ) | |

## ORDER

NPC filed a suggestion of death in this case on June 10, 2013, informing the court that plaintiff, Mary Berry (Ms. Berry), died on April 30, 2013. (MDL Doc. 6731; Related Case 26)

On September 7, 2013, counsel filed a motion to substitute the late Ms. Berry's son, Ronald Berry (Mr. Berry), as plaintiff in this case. (MDL Doc. 6965; Related Case 29) In the motion, counsel advised the court that Ms. Berry's Will was currently in probate, and that a hearing was set for September 12, 2013 at which it was anticipated Mr. Berry would be named as the personal representative of his late mother's estate. NPC has not objected to the motion.

Plaintiff's motion to substitute (MDL Doc. 6965; Related Case 29) is **GRANTED** provisionally. *See* ¶ V.C.2.b, Case Management Order (CMO) (MDL Doc. 89). Mr. Berry shall provide the court with a copy of the Order appointing him as the personal representative of his late mother's estate in accordance with the CMO.

It is so **ORDERED**.

**ENTERED** this 10th Day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge