# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** ) | |
| **LIABILITY LITIGATION** ) | |
| ) | **No. 3:06-MD-1760** |
| **(MDL No. 1760)** ) | **Judge Campbell/Brown** |
| ) | |
| This Document Relates to: ) | |
| ) | |
| 3:07-00235 (*Heape/Bessent*) ) | |
| 3:07-00662 (*Greenberg*) ) | |
| 3:07-00281 (*Pallante*) ) | |

## ORDER

Plaintiffs have filed an unopposed motion to move their cases from Group 2 to Group 3 for medical and/or scheduling reasons. (DE 6988; Related Cases 45, 23, 20) Plaintiff's motion is **GRANTED** for good cause shown.

It is so **ORDERED**.

**ENTERED** this 10th day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge