UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION | ) ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:07-00959 (*Horn*) | ) | |

## ORDER

Plaintiff has filed an unopposed motion to move her case from Group 2 to Group 3 for medical reasons. (DE 6778; Related Case 30) Plaintiff's motion is **GRANTED** for good cause shown.

It is so **ORDERED**.

**ENTERED** this 10th day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge