UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:10-CV-0098 (*Van Ert*) | ) | |

## ORDER

A suggestion of death was filed in this case on July 12, 2013. (DE 6806; Related Case 12) Plaintiff, Ruth Van Ert (Ms. Van Ert), died intestate on October 15, 2011.

Counsel has timely filed an unopposed motion to substitute the late Ms. Van Ert's son, Steven Van Ert (Mr. Van Ert), as the plaintiff in this case. (DE 6990; Related Case 13) The motion is accompanied by Mr. Van Ert's affidavit and copy of Ms. Van Ert's death certificate as required under California law.

The motion to substitute Mr. Van Ert as plaintiff in this case (DE 6990; Related Case 13) is **GRANTED**.

It is so ORDERED.

ENTERED this 10th day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge