IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-07-0570(Frosaker) )

ORDER

The parties have filed a Stipulation of Dismissal as to All Claims (Docket No. 7046) in the above-captioned matter. Accordingly, this case (No. 3-07-0570 - Frosaker) is DISMISSED with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE