IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
) NO. 3:06-MD-1760
This Document Relates to Case Number: ) JUDGE CAMPBELL
3:08-0087 (Dahl) )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 7015), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Counsels' Motion to Withdraw (Docket No. 6695) is GRANTED, Defendant's Motion to Vacate and to Dismiss with Prejudice (Docket No. 6706) is DENIED.

This action (Case No. 3-08-cv-0087) is DISMISSED without prejudice for failure to prosecute and obey the Orders of the Court. The Clerk is directed to close the file, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE