UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Pressley*, 3:07-CV-01143 ) | |

## ORDER

Before the court is a joint motion to move this case from Group 2 to Group 3. (DE 7076; Related Case 30) Plaintiff's motion (DE 7076; Related Case 30) is **GRANTED** for good cause shown.

It is so **ORDERED**.

**ENTERED** the 21st day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge