IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) No. 3:06-MD-1760
) JUDGE CAMPBELL
This Document Relates to Case No. )
 3:08-0484 (Brooks, Laura) )

ORDER

The Court has received a Stipulation of Voluntary Dismissal with Prejudice (Docket No. 7079) signed by counsel for both parties in this case. Accordingly, all claims in this matter (Case No. 3-08-0484) are DISMISSED with prejudice, with the parties bearing their own costs and attorneys' fees.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE