UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:08-CV-00359 (*Darch*) | ) | |

## ORDER

The original plaintiff in this case, Marilyn Darch (Ms. Darch), died on August 26, 2008. A suggestion of death was filed on August 11, 2009. (MDL Doc. 2752; Related Case 11) A motion to substitute Ms. Darch's daughter, Alexandra Darch-Stolarski Noyes (Ms. Noyes), was filed on November 10, 2009. (MDL Doc. 2940; Related Case 12) The motion to substitute was granted on November 12, 2009. (MDL Doc. 2960; Related Case 13)

At the request of NPC, Ms. Noyes has filed an amended motion for provisional substitution with an affidavit that she is the successor in interest to her late mother's estate, and a copy of her late mother's death certificate. NPC has not objected to the amended motion, and the time for it to do so has passed.

The amended motion to substitute Ms. Noyes provisionally as plaintiff in this case (MDL Doc. 7021; Related Case 27) is **GRANTED**.

It is so ORDERED.

ENTERED this 23rd Day of October, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge