IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
) NO. 3:06-MD-1760
This Document Relates to Case Number: ) JUDGE CAMPBELL
3:09-0425 (Flaville) )

ORDER

Pending before the Court is a Joint Stipulation for Dismissal (Docket No. 7090) signed by counsel for Plaintiff and Defendant in the above-referenced action. Accordingly, this action (Case No. 3-09-0425) is DISMISSED with prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE