UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| (ALL CASES) | ) | |

## ORDER

The Magistrate Judge entered an order on March 8, 2013 identifying the cases in Group 2, and setting both specific discovery deadlines and date for suggestion of remand. (MDL. Doc. 6443) The parties shall advise the Magistrate Judge not later than November 15, 2013 of any Group 2 cases that are not yet ready for suggestion of remand, the reasons that they are not ready, and when it is estimated that they will be.

It is so ORDERED.

ENTERED this 1st day of November, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge