UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION | ) ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| 3:11-cv-00057 (*Adams*) | ) | |

## ORDER

Shirley Adams died intestate on June 29, 2013. (MDL Doc. 7007; Related Case 13) A suggestion of death was filed on September 20, 2013. (MDL Doc. 7007; Related Case 13)

A motion to substitute Mr. Larry Adams, Sr., the late Ms. Adams's husband, was filed on October 29, 2013. (MDL Doc. 7089; Related Case 14) Defendant Novartis Pharmaceuticals Corporation (NPC) responded to the motion on November 1, 2013. (MDL Doc. 7095; Related Case 16) NPC did not object to substituting Mr. Adams provisionally pending the appointment of Mr. Adams as administrator and personal representative of his late wife's estate by order of the Florida probate courts. (MDL Doc. 7059, p. 1; Related Case 16)

An amended motion to substitute was filed on November 26, 2011. (MDL Doc. 7164; Related Case 17) The amended motion to substitute included certified copies of an order of the Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Florida, Probate Division appointing Mr. Adams as his late wife's personal representative, and a certified copy of the required letters of administration issued by the same court. (MDL Doc. 7164, Ex. 1-2; Related Case 17)

As NPC's specific objections to the original motion to substitute have been addressed by the amended motion to substitute, no further response by NPC is required. Plaintiff's amended motion

to substitute (MDL Doc. 7164; Related Case 17) is **GRANTED**. The Clerk is instructed to TERMINATE MDL Doc. 7089/Related Case 14 as moot.

It is so **ORDERED**.

**ENTERED** this 5th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge