UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| ) | |
| 3:07-cv-01043 (Clark, Mary Alice) ) | |

## ORDER

A motion to substitute was filed on June 19, 2013 seeking to substitute the late Ms. Clark's granddaughter, Dana Pace, as the plaintiff in this case. (MDL Doc. 6746; Related Case 28) The motion to substitute was denied on September 9, 2013, and counsel was ordered to amend the motion not later than September 9, 2013. (MDL Doc. 6969; Related Case 32)

Counsel subsequently was given until November 29, 2013 to comply. (MDL Doc. 7152, p. 2; Related Case 37) The amended motion to substitute was filed on November 19, 2013. (MDL Doc. 7155; Related Case 38)

The amended motion to substitute has corrected the substitution defect in the original motion. Accordingly, the amended motion to substitute Ms. Pace as the plaintiff in this case (MDL Doc. 7155; Related Case 38) is **GRANTED**.

It is so ORDERED.

**ENTERED** this 5th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge