UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| (ALL CASES) | ) | |

## ORDER

The Plaintiffs' Steering Committee (PSC) has moved again to remand all cases in the MDL or, in the alternative, for a Rule 16 conference with the District Judge. (MDL Doc. 7203-04) The PSC's motion has been referred to the Magistrate Judge for decision.

This is the second time in the past three months that the PSC has filed essentially the same motion. The Magistrate Judge denied the original motion on October 10, 2013. (MDL Doc. 7054) Apparently having neglected to request that the District Judge review the Magistrate Judge's October 10th order, the PSC has simply opted to renew its motion. The PSC's motion (MDL Doc. 7203) is **DENIED** for reasons previously explained.

It is so **ORDERED**.

ENTERED this 11th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge