IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS ) NO. 3-06-MD-1760
LIABILITY LITIGATION ) JUDGE CAMPBELL

SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 7.6(c)(ii), and in light of the Magistrate Judge's Order (Docket No. 7153), the Court suggests that the cases listed in Exhibit 1 attached hereto be remanded to the transferor district courts.

For the reasons stated in the Court's prior ruling on Plaintiffs' Motion for Suggestion of Remand (Docket Nos. 4153-54), which was approved by the U.S. Judicial Panel on Multidistrict Litigation (Docket No. 4395), the Court finds that the purposes of the MDL have been accomplished in these cases[1]. The transferor court may refer to this Court's Order Summarizing MDL 1760 Proceedings Upon Suggestion of Remand (Docket No. 4695). The Clerk is directed to serve a copy of this Suggestion of Remand upon the Clerk of the MDL Panel.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] As stated in its August 1, 2012 Order, the Court is convinced that the bellwether process in this MDL litigation is no longer helpful. The Court has ordered that all MDL cases should be remanded hereafter before *Daubert* and dispositive motions are filed to avoid wasteful and duplicate briefing. The Magistrate Judge will be designating cases to proceed on an expedited basis toward remand. Docket No. 6072.

EXHIBIT 1

3:07-cv-00101, *Mulder*
3:07-cv-00102, *Palmer*
3:07-cv-00103, *Prager*
3:07-cv-00105, *Sablan*
3:07-cv-00108, *Watson*
3:07-cv-00109, *Werther*
3:07-cv-00110, *Wilt*
3:07-cv-00111, *DiRe*
3:07-cv-00169, *Dockham*
3:07-cv-00170, *Granat*
3:07-cv-00228, *Henneken*
3:07-cv-00234, *King*
3:07-cv-00237 *Ulibarri*
3:07-cv-00277, *Clark*
3:07-cv-00278, *Stevens*
3:07-cv-00381, *Matthews*
3:07-cv-00385, *Sickler*
3:07-cv-00386, *Snipes*
3:07-cv-00389, *Beecher*
3:07-cv-00390, *Carlson*
3:07-cv-00392, *Cline*
3:07-cv-00395, *Ganzen*
3:07-cv-00396, *Keller*
3:07-cv-00397, *Hatton*
3:07-cv-00425, *Shellman*
3:07-cv-00427, *Brown*
3:07-cv-00465, *Voorhies*
3:07-cv-00466, *Nicolosi*
3:07-cv-00467, *Mosher*
3:07-cv-00468, *Miltenberger*
3:07-cv-00469, *Eliff*
3:07-cv-00474, *Gibbs*
3:07-cv-00475, *Farwell*
3:07-cv-00526, *Rodriguez*
3:07-cv-00527, *Cies*
3:07-cv-00528, *Cornelison et al.*
3:07-cv-00529, *Lis*
3:07-cv-00534, *Petty*
3:07-cv-00535, *Marali*
3:07-cv-00565, *Robertson*
3:07-cv-00566, *Rosen*

3:07-cv-00567, *Raso*
3:07-cv-00568, *Kiser*
3:07-cv-00569, *Erickson*
3:07-cv-00571, *Preston*
3:07-cv-00572, *Benabise*
3:07-cv-00575, *Mione*
3:07-cv-00576, *Jackson*
3:07-cv-00734, *Leary*
3:07-cv-00778, *Chaucer et al.*
3:07-cv-00780, *Sherman et al.*
3:07-cv-00781, *Lambertson et al.*
3:07-cv-00783, *Hamblin*
3:07-cv-00784, *Plotner*
3:07-cv-00825, *Mason et al.*
3:07-cv-00837, *Bard*
3:07-cv-00888, *Johnson*
3:07-cv-00960, *Ryden*
3:07-cv-00961, *Yeager*
3:07-cv-00962, *Davidoff*
3:07-cv-00963, *Weeks*
3:07-cv-00994, *Hamilton*
3:07-cv-00995, *Park*
3:07-cv-01018, *Riddle*
3:07-cv-01020, *Spiropoulos et al.*
3:07-cv-01021, *Villa*
3:07-cv-01023, *Gullins*
3:07-cv-01044, *Kennedy*
3:07-cv-01045, *DeAngelis*
3:07-cv-01061, *Tristano*
3:07-cv-01138, *Gershonowitz et al.*
3:07-cv-01139, *Kindsfater et al.*
3:07-cv-01140, *Witcher*
3:07-cv-01141, *Case et al.*
3:07-cv-01143, *Pressley*
3:07-cv-01227, *Clark et al.*
3:07-cv-01228, *Jordan*
3:07-cv-01231, *Brandt*
3:07-cv-01278 *Bayhi et al.*
3:08-cv-00019, *Franklin*
3:08-cv-00088, *Bowden*
3:08-cv-00132, *Berry et al.*
3:08-cv-00133, *Chames*
3:08-cv-00134, *Mears*

3:08-cv-00135, *Smith*
3:08-cv-00136, *Morgan*
3:08-cv-00137, *Billups*
3:08-cv-00244, *Bennett*
3:08-cv-00357, *Smith*
3:08-cv-00358, *Pasquarelli*
3:08-cv-00359, *Darch*
3:08-cv-00360, *Balch*
3:08-cv-00361, *Thul*
3:08-cv-00916, *Arbuckle*
3:08-cv-00928, *Casali*