IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-07-1171(Leibtag) )

ORDER

Pending before the Court is Plaintiff's Motion for Suggestion of Remand Order and Objections to Magistrate's Report and Recommendation of November 19, 2013 (Docket No. 7166). The document to which Plaintiff objects is an Order (Docket No. 7153), not a Report and Recommendation.

Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, the Court may reverse or modify the ruling of the Magistrate Judge only if it is clearly erroneous or contrary to law. The Court has reviewed Plaintiff's Motion, the Magistrate Judge's Order and the file.

The Order of the Magistrate Judge (Docket No. 7153) is neither clearly erroneous nor contrary to law. Accordingly, Plaintiff's Motion (Docket No. 7166) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE