# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION | ) ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Lang*, 3:09-00867 | ) | |

## ORDER

Defendant Novartis Pharmaceuticals Corporation (NPC) filed a suggestion death in this case on August 16, 2013, indicating that plaintiff Marilyn Lang died on December 29, 2012. (MDL Doc. 6910; Related Case 15)

Counsel for the late Ms. Lang filed a motion on November 14, 2013 to substitute her son, Mark Lang, as plaintiff in this case. (MDL Doc. 7129; Related Case 16) Mr. Lang has received letters of administration from the Florida Courts. (MDL Doc. 7146, Ex. A; Related Case 17) NPC has not objected to the motion to substitute, and the time for it to do so has passed.

The motion to substitute Mark Lang as plaintiff in this case (MDL Doc. 7129; Related Case 16) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 11th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge