**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **No. 3:06-MD-1760** |
| **(MDL No. 1760)** | ) | **Judge Campbell/Brown** |
| | ) | |
| **This Document Relates to:** | ) | |
| *Ross*, 3:07-01072 | ) | |

## ORDER

Defendant Novartis Pharmaceuticals Corporation (NPC) filed a suggestion of death on November 13, 2013, indicating that plaintiff Joyce Ross died on November 21, 2012. (MDL Doc. 7119; Related Case 18)

Counsel for the late Ms. Ross filed a motion on November 15, 2013 to substitute the late Ms. Ross' son and daughter, Barry Abrams and Susan Abrams, as the plaintiffs in this case. (MDL Doc. 7144; Related Case 19)  Barry Abrams and Susan Abrams have been appointed co-personal representatives of the late Ms. Ross' estate by the South Carolina probate court. (MDL Doc. 7144, Ex. 1; Related Case 17)  NPC has not objected to the motion to substitute, and the time for it to do so has passed.

The motion to substitute Barry Abrams and Susan Abrams as plaintiffs in this case (MDL Doc. 7144; Related Case 19) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 11th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge