UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| *Sauers*, 3:09-00470 | ) | |

# ORDER

Plaintiff filed a motion on November 19, 2013 to move his case from Group 3 to Group 4 for health reasons. (MDL Doc. 7154; Related Case 14) NPC responded in opposition to the motion on November 22, 2013. (MDL Doc. 7161; Related Case 15) Plaintiff replied on December 6, 2013. (MDL Doc. 7196; Related Case 16)

Plaintiff's motion to move his case from Group 3 to Group 4 (MDL Doc. 7154; Related Case 14) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this 11th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge