IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| AREDIA and ZOMETA PRODUCTS | ) |
| LIABILITY LITIGATION | ) NO. 3-06-MD-1760 |
| | ) JUDGE CAMPBELL |
| This Document Relates To Case Number: | ) |
| 3:08-0574 (Hart) | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 7218) indicating that all matters in the above-captioned matter have been resolved. Accordingly, this action (Case No. 3:08-0574) is DISMISSED with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE