UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA and ZOMETA PRODUCTS | ) | No. 3:06-MDL-01760 |
| LIABILITY LITIGATION | ) | Judge Campbell/Brown |
| (MDL No. 1760) | ) | |
| | ) | |
| This Document Relates to | ) | |
| Case No. 3:07-CV-0571 (Preston) | ) | |

## **O R D E R**

Plaintiff's counsel has filed a motion for substitution in this matter (Docket Entry 7189). The Defendant has advised that they have no objection to the Court granting a provisional substitution (Docket Entry 7219). They correctly note that full substitution should not be allowed until letters testamentary have been issued to Mr. Preston.

Accordingly, Bruce Preston is provisionally substituted as Plaintiff in this matter. Pursuant to the case management order, Mr. Preston must submit a copy of the order appointing him as deceased Plaintiff's personal representative prior to this Court entering a suggestion of remand.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge