IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| AREDIA and ZOMETA PRODUCTS | ) |
| LIABILITY LITIGATION | ) NO. 3-06-MD-1760 |
| | ) JUDGE CAMPBELL |
| This Document Relates To All Cases | ) |

### ORDER

Pending before the Court is Plaintiff Steering Committee's Motion for Review of Magistrate Order Dated December 3, 2013 and Motion to Stay Magistrate Order Pending Ruling of This Court (Docket No. 7232).

The Motion to Stay is GRANTED pending the Court's decision on the Motion for Review, or further order of the Court.

Defendant shall file a Response to the Motion for Review by January 3, 2014. Plaintiffs shall file any Reply by January 10, 2014.

IT IS SO ORDERED.

                                                                                         _____
                                                                                         TODD J. CAMPBELL
                                                                                         UNITED STATES DISTRICT JUDGE