# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION | ) ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Benabise*, 3:07-CV-00572 | ) | |

## ORDER

Before the court is an amended motion to substitute Franklin Benabise, Jr. as the plaintiff in this case. (MDL Doc. 7170; Related Case 43) Mr. Benabise has filed a copy of Letters of Administration granted to him on November 29, 2013 by the Circuit Court for the State of Hawaii. (MDL Doc. 7170, Ex. A; Related Case 43) The motion to substitute (MDL Doc. 7170; Related Case 43) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** the 20th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge