**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | **No. 3:06-MD-1760** |
| **(MDL No. 1760)** | ) | **Judge Campbell/Brown** |
| | ) | |
| **This Document Relates to:** | ) | |
| **(ALL CASES)** | ) | |

## ORDER

On October 17, 2013, the Magistrate Judge ordered defendant Novartis Pharmaceuticals

Corporation (NPC) to produce specific documentation for *in camera* review in connection with

plaintiffs' pending motion to compel. (MDL Doc. 7072) NPC filed a motion to review the

Magistrate Judge's order on November 1, 2013. (MDL Doc. 7101) The District Judge denied

NPC's motion on December 11, 2013. (MDL Doc. 7211) NPC shall produce the documentation

previously ordered not later than December 30, 2013.

It is so ORDERED.

ENTERED this 20th day of December, 2013.


/s/Joe B. Brown_____
Joe B. Brown
United States Magistrate Judge