UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Schnelle*, 3:10-cv-00437 | ) | |

## ORDER

Before the court is second motion to substitute Donna Russo as the plaintiff in this case. (MDL Doc. 7199; Related Case 17) Ms. Russo has filed a copy of Letters Testamentary granted to her on December 3, 2013 by the Circuit Court for St. Louis County, Missouri. (MDL Doc. 7199, Ex. A; Related Case 17) The motion to substitute (MDL Doc. 7199; Related Case 17) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** the 20th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge