IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
3:07-0957 (Nygren) )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 7162), Objections filed by the Defendant (Docket No. 7205), and Plaintiff's Response (Docket No. 7269).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 6764) is DENIED. A contemporaneous Suggestion of Remand will be entered.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE