**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **IN RE:** | ) | **No. 3:06-MD-1760** |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | **JUDGE CAMPBELL** |
| **LIABILITY LITIGATION** | ) | |
| | ) | **MAGISTRATE JUDGE BROWN** |
| **This document relates to all cases.** | ) | |

## ORDER

The Plaintiffs' Steering Committee (PSC) has filed its Motion Filed *in Camera* Concerning Disbursement of PSC's Funds requesting authorization for disbursement of certain funds that it has received as fees and expenses pursuant to this Court's previous order and specifically pursuant to the Fee and Expense Assessment Order (DE 2219). The Court, being of the opinion that the PSC's application should be approved, hereby GRANTS the PSC's motion, and the PSC may disburse funds from the MDL 1760 Fee and Expense Trust Account as requested.

It is so ORDERED.

Entered this 9th day of January 2014.


_/S/ Joe B. Brown_____
JOE B. BROWN
United States Magistrate Judge