UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Haimowitz*, 3:10-cv-00307 | ) | |

## ORDER

Plaintiff Beryl Haimowitz died on August 9, 2012. (MDL Doc. 7285; Related Case 12) A suggestion of death was filed on January 9, 2014. (MDL Doc. 7285; Related Case 12)

Counsel has filed a motion to substitute the late Ms. Haimowitz's two children, Aaron Haimowitz and Caryn Lerman, as the plaintiffs in this case. (MDL Doc. 7286; Related Case 13) Counsel has attached a copy of letters of administration issued by the State of Maryland on April 9, 2013 to Mr. Haimowitz and Ms. Lerman. (MDL Doc. 7286, Ex. A; Related Case 13)

The motion to substitute (MDL Doc. 7286; Related Case 13) is **GRANTED**.

**ENTERED** this 15th day of January, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge