# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) |
| **LIABILITY LITIGATION** | ) |
| | ) No. 3:06-MD-1760 |
| **(MDL No. 1760)** | ) Judge Campbell/Brown |
| | ) |
| **This Document Relates to:** | ) |
| 3:08-CV-00132 (*Berry*) | ) |

## ORDER

Plaintiff filed an amended motion to substitute on January 27, 2014. (MDL Doc. 7301) This case was among 72 cases that were the subject of a final conditional order of remand entered by the MDL Panel on December 31, 2013. (MDL Doc. 7274) This case was terminated in the MDL court the same day that it was remanded to the transferor court. The Clerk is instructed to **TERMINATE** plaintiff's motion (MDL Doc. 7301) for want of jurisdiction.

It is so **ORDERED**.

**ENTERED** this 29th Day of January, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge