IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-08-1170 (Loken) )

ORDER

The parties have filed a Stipulation of Voluntary Dismissal with Prejudice (Docket No. 7308), indicating that all matters in dispute in the above-referenced case have been resolved. Accordingly, this action (Case Nmber 3-08-1170) is DISMISSED with prejudice, and the Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE