IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To All Cases )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 7298), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Vacate and Dismiss (Docket No. 6987) is DENIED; and Plaintiff's Motion to Substitute Party *Nunc Pro Tunc* (Docket No. 6995) is GRANTED.

In addition, absent good cause shown, the decision on all future substitution-related motions to dismiss based on allegations of failure to comply with state law filed in this Court will be deferred to the remand court. Moreover, absent good cause shown, all future motions to dismiss based on the alleged failure to comply with Fed. R. Civ. P. 25 and/or the Case Management Order in this case will be denied for the reasons set forth by the Court in Docket Nos. 7011, 7107, 7132 and 7210.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE