UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| ) | |
| 3:07-00394 (*Grant*) ) | |

# ORDER

Before the court is plaintiff's amended motion to substitute filed November 7, 2013. (MDL Doc. 7110; Related Case 57)

On January 8, 2014, plaintiff filed a copy of an order entered on December 24, 2013 by the Surrogate's Court of the State of New York, Oneida County granting Kimberly Ann Cerra "Letters of Limited Administration" for the limited purpose of prosecuting this case. (MDL Doc. 7284; Related Case 64) As Ms. Cerra has the required letters of administration to proceed in this matter, plaintiff's amended motion to substitute (MDL Doc. 7110; Related Case 57) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this 10th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge