# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Voss*, 3:08-cv-00559 ) | |

## ORDER

A suggestion of death was filed on September 4, 2013 establishing that plaintiff Martin Voss died on September 21, 2011. (MDL Doc. 6949; Related Case 23)

Counsel filed a motion on December 6, 2013 to substitute the late Mr. Voss' wife, Patricia Voss, provisionally as the plaintiff in this case. (MDL Doc. 7197; Related Case 24) Defendant Novartis Pharmaceuticals Corporation responded to the motion on December 17, 2013. (MDL Doc. 7231; Related Case 25)

On January 6, 2014, counsel filed a supplement to the initial motion to substitute providing the court with a copy of "Letters of Office" issued to Ms. Voss on December 19, 2013 by the Circuit Court of the 20th Judicial Circuit, St. Clair County, Illinois. (MDL Doc. 7281; Related Case 26) The motion to substitute Ms. Voss as plaintiff in this action as supplemented (MDL Docs. 7197, 7281; Related Case 24, 26) is **GRANTED**.

**ENTERED** this 10th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge