UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS LIABILITY LITIGATION | ) ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Hawkins*, 3:08-cv-00708 | ) | |

## ORDER

A suggestion of death was filed on October 11, 2013 establishing that plaintiff Joan Hawkins died on May 17, 2012. (MDL Doc. 7058; Related Case 23)

Counsel filed a motion on December 10, 2013 to substitute the late Ms. Hawkins' father, Thomas Hawkins, provisionally as the plaintiff in this case. (MDL Doc. 7201; Related Case 24) Defendant Novartis Pharmaceuticals Corporation responded to the motion on December 17, 2013. (MDL Doc. 7230; Related Case 25)

On January 6, 2014, counsel filed a supplement to the initial motion to substitute providing the court with a copy of letters testamentary granted to Mr. Hawkins on December 17, 2013 by the Register of Wills for Mercer County, Pennsylvania. (MDL Doc. 7280; Related Case 26) The motion to substitute Mr. Hawkins as plaintiff in this action as supplemented (MDL Docs. 7201, 7280; Related Case 24, 26) is **GRANTED**.

**ENTERED** this 10th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge