UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Collins-Dearmas*, 3:07-cv-00042 ) | |

## ORDER

A suggestion of death was filed on October 11, 2013 establishing that plaintiff Donna Marie Collins-Dearmas died on May 18, 2011. (MDL Doc. 7059; Related Case 41)

Counsel filed a motion on January 9, 2014 to substitute the late Ms. Dearmas-Collins' husband, Richard Collins, provisionally as the plaintiff in this case. (MDL Doc. 7288; Related Case 42) On February 3, 2014, counsel filed a second motion to substitute Mr. Collins as the plaintiff in this case, this time filing a copy of an order entered by the Circuit Court for Seminole County, Florida, Probate Division on January 29, 2014 appointing Mr. Collins as the personal representative of his late wife's estate, and granting him the necessary letters of administration. (MDL Doc. 7309; Related Case 43)

The motion to substitute Mr. Collins as the plaintiff in this case (MDL Doc. 7309; Related Case 43) is **GRANTED**. The Clerk is instructed to terminate the earlier motion for provisional substitution (MDL Doc. 7288; Related Case 42) as **MOOT**.

**ENTERED** this 10th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge