UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| ALL CASES | ) | |

### ORDER

The fourth and final group of cases to proceed to fact discovery per Judge Campbell's order (MDL Doc. 6072) is attached as Exhibit 1 to this order. Fact discovery **SHALL** be completed on the attached list of 89 cases not later than **August 29, 2014.** All discovery motions are due not later than **September 5, 2014**. The Court will suggest remand on all cases without pending motions on **September 12, 2014.** The parties are cautioned not to backload the workup of these cases. These dates will not be changed absent truly extraordinary circumstances.

As noted above, this is the final group of cases to proceed to fact discovery in this MDL. All counsel shall review the attached list of cases. Counsel shall move not later than **February 28, 2014** to add any cases to this list that have inadvertently been omitted. Counsel also shall move not later than **February 28, 2014** to delete any cases form the list at Exhibit 1 that already have proceeded to fact discovery in one of the previous three groups and have been included in the list in error.

It is so **ORDERED.**

**ENTERED** this 10th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge

# EXHIBIT 1

3:09-00870, Bystedt
3:09-00871, Lowe
3:09-00872, Loewer
3:09-00873, Waldrop
3:09-00874, Thomas
3:09-00915, King
3:09-00916, Baghai
3:09-00917, Agudo
3:09-00935, Poole
3:09-00963, Petrovic
3:09-00964, Lewellen
3:09-00965, McDonald
3:09-00967, Green
3:09-00968, Fairbanks
3:09-00969, Dove
3:09-00970, Land
3:09-00978, Thomas
3:09-00979, Zrucky
3:09-00980, Brown
3:09-01027, Kimes
3:09-01076, Coleman, et al.
3:09-01077, Lumia
3:09-01078, Scheuer
3:09-01079, Lopour
3:09-01080, Andrews
3:09-01081, Hodson
3:09-01082, Daugherty
3:09-01123, Eckblom, et al.
3:09-01126, Kahn
3:09-01146, Steele
3:09-01213, Esposito, et al.
3:10-00010, Brandiff
3:10-00011, Garrett
3:10-00012, McAmis
3:10-00013, Sweet
3:10-00014, Barnes
3:10-00016, Gillis
3:10-00017, Campos
3:10-00018, Flynn
3:10-00087, Wagner, et al.

3:10-00089, Clifton, et al.
3:10-00091, Ward
3:10-00092, Campo
3:10-00093, Givens
3:10-00094, Santha
3:10-00095, Schade
3:10-00096, Stephansky
3:10-00097, Torres
3:10-00098, Van Ert
3:10-00099, Ward
3:10-00120, Hillock
3:10-00274, Legato
3:10-00275, Cartwright
3:10-00276, Webb
3:10-00307, Haimowitz
3:10-00308, Phillips
3:10-00309, Jones
3:10-00312, Wieland, et al.
3:10-00331, King
3:10-00434, Horton
3:10-00435, Cook
3:10-00437, Schnelle
3:10-00469, Richardson
3:10-00640, Blough
3:10-00641, Grey
3:10-00716, Bush
3:10-00717, Replogle
3:10-00718, Ibarra
3:10-00751, Braganza, et al.
3:10-00752, Stuver, et al.
3:10-00832, Stephens
3:10-00833, Williams
3:10-00977, Jeppsen
3:10-01077, Bock
3:10-01095, D'Agostaro
3:10-01191, Ivester
3:10-01201, Mella, et al.
3:10-01202, Manarite, et al.
3:11-00056, Pratz
3:11-00057, Adams, et al.
3:11-00094, Shepler, et al.
3:11-00141, Gagliardi, et al.
3:11-00142, Campbell

3:11-00143, Luzadder
3:11-00144, Poaps
3:11-00326, Miscovich
3:11-00328, Sakach
3:11-00329, Puntaluk
3:11-00330, Workman