# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | No. 3:06-MD-1760 |
| **(MDL No. 1760)** | ) | Judge Campbell/Brown |
| | ) | |
| **This Document Relates to:** | ) | |
| **ALL CASES** | ) | |

## ORDER

The court entered an order on July 1, 2013 identifying cases in the third group referred to fact discovery in this MDL. (MDL Doc. 6772) The parties were instructed to complete discovery in the cases listed at Exhibit 1 to MDL Doc. 6772 not later than February 28, 2014. The parties were advised in that same order that the Court would enter a suggestion of remand on March 14, 2014 in those cases in the third group in which no motions were pending on that date. The court's July 1, 2013 order is amended as provided below.

**ALL COUNSEL** shall review the cases listed at Exhibit 1 to MDL Doc. 6772 and notice the court **NOT LATER THAN FEBRUARY 28, 2014** of those cases that are **NOT** yet ready for a suggestion of remand. **ALL COUNSEL** for plaintiffs in those cases that were moved from earlier groups to the third group also shall notice the court if those cases are **NOT** ready for a suggestion of remand. **ALL COUNSEL** in the cases that are the subject of this order **SHALL** notice the court of the status of the cases that are not yet ready for a suggestion of remand, *i.e.*, what actions remain outstanding, and when it is expected that discovery will be completed.

Counsel representing the plaintiffs and NPC shall respond separately to this order. Where there is a disagreement whether a case is ready for a suggestion of remand, a suggestion of remand

will not enter.  The **PARTIES ARE FOREWARNED** that the court will enter a suggestion of remand on **March 14, 2014** in those cases that are the subject of this order that have not been affirmatively identified as not yet ready for a suggestion of remand and in which no motions are pending.

It is so **ORDERED.**

**ENTERED** this 12th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge