# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Manarite, et. al*, 3:10-cv-01202 ) | |

## ORDER

The previous motion (MDL Doc. 7240; Related Case 17) filed by counsel to substitute the late Dominic Manarite's wife, Jan Manarite, provisionally as the plaintiff in this case was denied on January 15, 2014 (MDL Doc. 7294; Related Case 19).

Counsel has renewed the motion to substitute Ms. Manarite provisionally as the plaintiff in this case, providing documentary evidence that a petition has been filed on Ms. Manarite's behalf with the Lee County, Florida Probate Division. (Doc. 7324 & Ex. 1; Related Case 20)  The renewed motion to substitute Ms. Manarite provisionally as the plaintiff in this case (MDL Doc. 7324; Related Case 20) is **GRANTED**.  Plaintiff is reminded that a suggestion of remand will not be entered in this case unless and until she files a copy of the order of the Florida Probate Court appointing her as the personal representative of her late husband's estate.

It is so **ORDERED**.

**ENTERED** this 13th day of February, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge