IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
 ) JUDGE CAMPBELL
This Document Relates To Case Number: )
3:09-0008 (Beatty) )

ORDER

Pending before the Court is a Joint Motion for Entry of Dismissal (Docket No. 41). Also before the Court is a Stipulation of Dismissal (Docket No. 36). The Motion is GRANTED.

The case is dismissed with prejudice and with each side to bear its own costs associated with this matter. Accordingly, the Clerk shall cause the docket for this action to be closed.

The Clerk shall also notify the Judicial Panel on Multi-District Litigation that this case is closed and should not be included in any future remand orders.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE