UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
3:8-cv-00907 (*Wood*) )

## SUGGESTION OF REMAND

Before the Court is a motion for suggestion of remand (MDL Doc. 7337; Related Case 66) which is GRANTED.

Pursuant to 28 U.S.C. § 1407 and the Rules of Multidistrict Litigation promulgated thereunder, specifically Rule 7.6(c)(ii), the Court suggests that this action be remanded to the transferor district court. For the reasons stated in the Court's prior ruling on Plaintiff's Motion for Suggestion of Remand (MDL Docs. 4153-54), which was approved by the U.S. Judicial Panel on Multidistrict Litigation (MDL Doc. 4395), the Court finds that the purposes of the MDL have been accomplished in this case.[1]

The transferor court may refer to this Court's Order Summarizing MDL Doc. 1760 Proceedings Upon Suggestion of Remand (Docket No. 4695). The Clerk is directed to serve a copy of this Suggestion of Remand upon the Clerk of the MDL Panel.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] As stated in its August 1, 2012 Order, the Court is convinced that the bellwether process in this MDL litigation is no longer helpful. The Court has ordered that all MDL cases should be remanded hereafter before *Daubert* and dispositive motions are filed to avoid wasteful and duplicate briefing.