UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| ALL CASES | ) | |

### ORDER

The court entered an order on March 27, 2014 instructing counsel to take specific actions with respect to cases still pending in the first three groups of cases referred to fact discovery. (MDL Doc. 7344) On review, counsel were not provided a date to comply with the instructions pertaining to those cases still pending in the second and third groups. The court's prior order (MDL Doc. 7334) is **AMENDED** to require counsel to jointly notice the court not later than April 11, 2014 of the agreed dates certain by which fact discovery will be completed in those case still pending in groups two and three.

It is so **ORDERED.**

**ENTERED** this 28th day of March, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge