UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| ) | |
| 3:07-cv-01043 (*Clark*) ) | |
| 3:07-cv-01072 (*Ross*) ) | |
| 3:07-cv-01171 (*Liebtag, et al.*) ) | |
| 3:08-cv-00020 (*Nerzig*) ) | |
| 3:08-cv-00560 (*Rainey, et al.*) ) | |

## ORDER

The court previously ordered the parties to take specific actions with respect to those cases still pending in the first three groups of cases referred to fact discovery. (MDL Docs. 7344, 7345) The court ordered the remaining parties in the second and third groups, including the cases above, to jointly notice the court not later than April 11, 2014 with agreed dates certain by which fact discovery would be completed. (MDL Docs. 7344, 7345)

Defendant Novartis Pharmaceuticals Corporation (NPC) timely responded to the court's orders on behalf of the parties except those in the cases above. (MDL Doc. 7379) NPC noted that, although it had contacted counsel in the cases above, it "had not received a substantive response." Counsel in the cases above have not sought an extension of time to comply with the court's prior orders in this matter.

Counsel in the cases above shall comply with the court's prior orders (MDL Docs. 7344, 7345) **NOT LATER THAN** April 23, 2014. No further extensions of time will be granted absent good cause shown. Counsel representing the plaintiffs in the cases above are forewarned that

continued failure to comply with the court's prior orders in this matter may result in the imposition of sanctions.

It is so **ORDERED.**

**ENTERED** this 16th day of April, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge