UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Manarite, et. al*, 3:10-cv-01202 | ) | |

## ORDER

Jan Manarite (Ms. Manarite), previously substituted provisionally as the plaintiff in this action, has moved to be substituted as plaintiff in her capacity as the personal representative of her late husband's estate. (MDL Doc. 7381; Related Case 22) Ms. Manarite has provided a copy of letters of administration granted to her by the Circuit Court for Lee County, Florida, Probate Division on March 27, 2014. (MDL Doc. 7381, Ex. 1; Related Case 22) The motion (MDL Doc. 7381; Related Case 22) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this 17th day of April, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge