IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) NO. 3-06-MD-1760
) JUDGE CAMPBELL
This Document Relates To Case Number: )
03-09-1027(Kimes) )

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Docket No. 7414). Accordingly, all claims in the above-captioned matter (Case No. 3-9-1027) are DISMISSED with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE