IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                                    )
AREDIA and ZOMETA PRODUCTS                                )
LIABILITY LITIGATION                                      ) NO. 3-06-MD-1760
                                                          ) JUDGE CAMPBELL
This Document Relates To Case Number:                     )
03-09-0874(Thomas)                                        )


ORDER


The parties have filed a Stipulation of Voluntary Dismissal with Prejudice (Docket No.

7438). Accordingly, all claims in the above-captioned matter (Case No. 3-09-0874) are

DISMISSED, and the Clerk is directed to close this file.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE