UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| ALL CASES | ) | |

## ORDER

The fourth and final group of cases selected to proceed to fact discovery was published on February 10, 2014. (MDL Doc. 7318) The parties are reminded that discovery in these cases is to be completed not later than **August 29, 2014**, with discovery motions due not later than **September 5, 2014**. The parties are further reminded that the court will suggest remand in all cases without pending motions on **September 12, 2014.**

As the court noted in its earlier order, the dates above will not be changed absent "truly extraordinary circumstances." The parties are requested to advise the court not later than **August 15, 2014** of those cases in which compliance with the dates above cannot be achieved, as well as the "truly extraordinary circumstances" that preclude compliance.

It is so **ORDERED.**

**ENTERED** this 30th day of July, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge