IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | No. 3:06-MD-1760 |
| LIABILITY LITIGATION ) | |
| ) | JUDGE CAMPBELL |
| (MDL No. 1760) ) | |
| ) | MAGISTRATE JUDGE BROWN |
| This Document Relates To Case No.: ) | |
| ) | |
| 3:10-CV-00312 (*Wieland*) ) | |

## JOINT DESIGNATION OF THE CONTENTS OF THE RECORD
## TO BE REMANDED IN THE *WIELAND* CASE

Pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, plaintiff Diane Wieland and defendant Novartis Pharmaceuticals Corporation file the attached designation of the contents of the record originally filed in *In re: Aredia® and Zometa® Products Liability Multidistrict Litigation*, No. 3:06-MD-1760, ("Attachment A") to be transferred and re-filed in the United States District Court for the Northern District of Ohio, No. 1:10-cv-00402-DCN.

October 31, 2014                                                      Respectfully submitted,

  /s/ William J. Novak                                                  /s/ Katharine R. Latimer
William J. Novak                                                         Joe G. Hollingsworth
(wnovak@npdcleveland.com)                              Katharine R. Latimer
Michelle D. Bogle                                                      (klatimer@hollingsworthllp.com)
   NOVAK, ROBENALT & PAVLIK                         HOLLINGSWORTH LLP
   950 Skylight Office Tower                                    1350 I Street, N.W.
   1660 West Second Street                                   Washington, DC  20005
   Cleveland, OH 44113                                           (202) 898-5800
   (216) 781-8700                                                      (202) 682-1639 (fax)
   (216) 781-9227 (fax)

   *Attorneys for Plaintiff Diane Wieland*                *Attorneys for Defendant Novartis*
                                                                                  *Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 31st day of October 2014 served a true and correct copy of the foregoing Defendant's Designation of the Contents of the Record to Be Remanded in the *Wieland* Case by operation of the Court's Electronic Case Filing System on the following:

C. Patrick Flynn, Esq.
Flynn Law Office, PLLC
320 Seven Springs Way
Suite 150, Seven Springs I
Brentwood, TN 37027
patflynn@cpflynnlaw.com
(615) 370-9448

/s/ Katharine R. Latimer
Katharine R. Latimer
(klatimer@hollingsworthllp.com)
   HOLLINGSWORTH LLP
   1350 I Street, N.W.
   Washington, DC 20005
   (202) 898-5800
   (202) 682-1639 (fax)

*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*